FOR THE DISTRICT OF DELAWARE
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| NESSCAP CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>MAXWELL TECHNOLOGIES, INC.<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:06-cv-00764 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (George W. Neuner)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of George W. Neuner of the law firm of Edwards Angell Palmer & Dodge LLP, 101 Federal Street, Boston, Massachusetts 02110-1810 to represent Plaintiff NessCap Co., Ltd. in this action.

Dated: December 18, 2006
       Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
302-425-7106
888-325-9741 Facsimile
dkraft@eapdlaw.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for George W. Neuner is granted.

_____
J.

Dated:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars, Commonwealth of Massachusetts, Commonwealth of Virginia, the State of New York, and the District of Columbia, United States District Court for the District of Massachusetts, and the United States Court of Appeals for the Federal Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

George W. Neuner
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110-1810
Tel. 617-517-5538
Fax: 888-325-9229
Email: gneuner@eapdlaw.com

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on December 18, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* (George W. Neuner)** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

### VIA HAND DELIVERY

MAXWELL TECHNOLOGIES, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Denise Seastone Kraft (No. 2778)