**FOR THE DISTRICT OF DELAWARE**
**IN THE UNITED STATES DISTRICT COURT**

NESSCAP CO., LTD.,

        Plaintiff,

    v.

MAXWELL TECHNOLOGIES, INC.

        Defendant.

JURY TRIAL DEMANDED

Civil Action No.: 1:06-cv-00764

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## (Brian M. Gaff)

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brian M. Gaff of the law firm of Edwards Angell Palmer & Dodge LLP, 101 Federal Street, Boston, Massachusetts 02110-1810 to represent Plaintiff NessCap Co., Ltd. in this action.

Dated:  December 18, 2006
       Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
302-425-7106
888-325-9741 Facsimile
dkraft@eapdlaw.com

## ORDER GRANTING MOTION

    **IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Brian M. Gaff is granted.

J.

Dated:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts, the States of California, New York, and New Hampshire, the U.S. District Courts for the Districts of Massachusetts, New Hampshire, Eastern District of Texas, and the Northern, Central, Eastern, and Southern Districts of California, the U.S. Courts of Appeal for the First, Ninth, and Federal Circuits, and the U.S. Supreme Court and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

Brian M. Gaff
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110-1810
Tel. 617-517-5597
Fax: 888-325-9725
Email: bgaff@eapdlaw.com

WLM_507238_1.DOC/DKRAFT

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on December 18, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* (Brian M. Gaff)** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

## VIA HAND DELIVERY

MAXWELL TECHNOLOGIES, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Denise Seastone Kraft (No. 2778)