AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

DISTRICT OF ___DELAWARE___

NESSCAP CO., LTD.,

                    Plaintiff,                    **SUMMONS IN A CIVIL CASE**

          v.                                      Case Number:

                                                            0 6 - 7 6 4

MAXWELL TECHNOLOGIES, INC.,

                    Defendant.

TO:   MAXWELL TECHNOLOGIES, INC.
      c/o The Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve PLAINTIFF'S ATTORNEY

                    Denise Seastone Kraft, Esquire
                    Edwards Angell Palmer & Dodge LLP
                    919 N. Market Street, Suite 1500
                    Wilmington, DE  19801
                    (302) 425-7106

an answer to the complaint which is served on you with this summons, within ___**20**___ days after service of this
summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the
relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of
the Court within a reasonable period of time after service.

PETER T. DALLEO                                   DEC 1 4 2006

CLERK                                             DATE

_Cuotte Watson_

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/14/06 |
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned Unexecuted: _____

☒ Other (specify): PERSONALLY SERVED MAXWELL TECHNOLOGIES INC. BY SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO AT 1209 ORANGE ST, WILM DE 19801 AT 3:30 PM. PERSON ACCEPTING SERVICE: SCOTT LaSCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| Travel | Services | Total |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/06
           Date          *Signature of Server*

230 N MARKET ST, WILM DE 19801
*Address of Server*

_____

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.