IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD.,<br><br>   Plaintiff,<br><br>v.<br><br>MAXWELL TECHNOLOGIES, INC.<br><br>   Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:06-cv-00764-GMS |

### PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff NessCap Co., Ltd. makes the following disclosure:

1. The parent corporation of Plaintiff NessCap Co., Ltd. is NessCap, Inc., a corporation organized and existing under the laws of the State of Delaware.

2. NessCap, Inc. owns 10% or more of the stock of Plaintiff NessCap Co., Ltd.

Date:   January 16, 2007

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft (DE No. 2778)
919 North Market Street
Wilmington, DE 19801
(302) 425-7106
(888) 325-9741 (fax)

*Attorneys for NessCap Co., Ltd.*

- 2 -

**OF COUNSEL:**

George W. Neuner (*Of the Massachusetts Bar*)
Brian M. Gaff (*Of the Massachusetts Bar*)
**EDWARDS ANGELL PALMER & DODGE LLP**
101 Federal Street
Boston, MA 02110
(617) 439-4444
(617) 439-4170 (fax)

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on January 16, 2007, the attached **PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** was served upon the following persons and was electronically filed with the Clerk of the Court using CM/ECF:

**VIA HAND DELIVERY**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE  19801

**VIA U.S. FIRST CLASS MAIL**

David C. Doyle, Esq.
Brian M. Kramer, Esq.
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA  92130

Denise Seastone Kraft (No. 2778)

WLM_507627_1/