IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD., | ) |
| | ) |
|     Plaintiff and | ) |
|     Counterclaim Defendant, | ) |
| | ) |
|   v. | ) C.A. No. 06-00764-GMS |
| | ) |
| MAXWELL TECHNOLOGIES, INC., | ) |
| | ) |
|     Defendant and | ) |
|     Counterclaim Plaintiff. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission *pro hac vice* of David C. Doyle, Eric M. Acker and Brian M. Kramer of Morrison &

Foerster LLP to represent defendant/counterclaim plaintiff Maxwell Technologies, Inc. in this

matter.  In accordance with Standing Order for District Court Fund effective January 1, 2005,

counsel further certifies that the annual fee of $25.00 per attorney will be submitted to the

Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorney for Defendant/Counterclaim Plaintiff*

Date:  January 23, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

David C. Doyle, Eric M. Acker and Brian M. Kramer is granted.

Date: _____, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed:

David C. Doyle
Morrison & Foerster LLP
12531 High Bluff Dr., Suite 100
San Diego, CA 92130
Telephone: (858) 720-5100

Dated: 1-19-07

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed:

Eric M. Acker
Morrison & Foerster LLP
12531 High Bluff Dr., Suite 100
San Diego, CA  92130
Telephone: (858) 720-5100

Dated: 1-19-07

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed:

Brian M. Kramer
Morrison & Foerster LLP
12531 High Bluff Dr., Suite 100
San Diego, CA  92130
Telephone: (858) 720-5100

Dated: Jan. 19, 2007

3

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on January 23, 2007, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Denise Seastone Kraft, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP
> 919 North Market Street
> Suite 1500
> Wilmington, DE 19801
> *dkraft@eapdlaw.com*

I further certify that on January 23, 2007, the foregoing document was served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated below:

### BY E-MAIL AND FEDERAL EXPRESS

> George W. Neuner, Esquire
> Brian M. Gaff, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP
> 101 Federal Street
> Boston, MA 02110

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
*kkeller@ycst.com*