IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NESSCAP CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-00764 |
| | ) |
| MAXWELL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## MAXWELL TECHNOLOGIES, INC.'S MOTION TO TRANSFER NESSCAP CO., LTD.'S COMPLAINT FOR PATENT INFRINGEMENT

YOUNG CONAWAY STARGATT & TAYLOR
Josy W. Ingersoll (No. 1088)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801
(302) 571-00
kkeller@ycst.com

MORRISON & FOERSTER LLP
David C. Doyle (CA Bar No. 70690)
Brian M. Kramer (CA Bar No. 201780)
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100
ddoyle@mofo.com

*Attorneys for Defendant Maxwell Technologies, Inc.*

sd-357575

Defendant Maxwell Technologies, Inc. ("Maxwell") hereby respectfully moves, pursuant to 28 U.S.C. § 1404(a), to transfer the Complaint for Patent Infringement in the above action to the United States District Court for the Southern District of California. The grounds for this motion are set forth in Maxwell's accompanying opening brief and the Declarations of Roland Gallay, Adrian Schneuwly, Richard D. Balanson, and Brian M. Kramer.

Dated: February 6, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

MORRISON & FOERSTER LLP
David C. Doyle (CA Bar No. 70690)
Brian M. Kramer (CA Bar No. 201780)
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100
ddoyle@mofo.com

*Attorneys for Defendant Maxwell Technologies, Inc.*

sd-357575

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on February 6, 2007, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Denise Seastone Kraft, Esquire
>EDWARDS ANGELL PALMER & DODGE LLP
>919 North Market Street
>Suite 1500
>Wilmington, DE 19801
>*dkraft@eapdlaw.com*

I further certify that on February 6, 2007, the foregoing document was served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated below:

>**BY E-MAIL ON FEBRUARY 6, 2007 AND**
>**FEDERAL EXPRESS ON FEBRUARY 7, 2007**
>
>George W. Neuner, Esquire
>Brian M. Gaff, Esquire
>EDWARDS ANGELL PALMER & DODGE LLP
>101 Federal Street
>Boston, MA 02110

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen E. Keller*
>Karen E. Keller (No. 4489)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19801
>302-571-6600
>*kkeller@ycst.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-00764 |
| | ) |
| MAXWELL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## LOCAL RULE 7.1.1 DISCLOSURE

I, Karen E. Keller, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Defendant Maxwell Technologies, Inc. has made a reasonable effort to reach agreement with counsel for Plaintiff Nesscap Co., Ltd. on the matters set forth in the foregoing motion to transfer and as of the time of filing this motion have not received a response.

Dated: February 6, 2007
           YOUNG CONAWAY STARGATT &
           TAYLOR, LLP

           /s/ Karen E. Keller
           _____
           Josy W. Ingersoll (No. 1088)
           Karen E. Keller (No. 4489)
           1000 West Street
           Brandywine Building, 17th Floor
           Wilmington, DE 19801
           (302) 571-6600
           kkeller@ycst.com

           MORRISON & FOERSTER LLP
           David C. Doyle (CA Bar No. 70690)
           Brian M. Kramer (CA Bar No. 201780)
           12531 High Bluff Drive, Suite 100
           San Diego, CA 92130
           (858) 720-5100
           ddoyle@mofo.com

           *Attorneys for Defendant Maxwell Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD., | ) |
| | ) C.A. No. 06-00764 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MAXWELL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

    This _____ day of _____, 2007, defendant Maxwell Technologies, Inc., having moved to transfer the above action to the United States District Court for the Southern District of California, pursuant to 28 U.S.C. Section 1404(a), and the Court, after considering the positions of the parties, having concluded that good grounds exist for the request relief; now therefore,

    IT IS HEREBY ORDERED that the above action is transferred to the United States District Court for the Southern District of California.

                                                             _____
                                                             United States District Judge