IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NESSCAP CO., LTD.,                      )
                                       )

        Plaintiff and            )
        Counterclaim Defendant,   )
                                       )

v.                                ) C.A. No. 06-00764-GMS
                                       )

MAXWELL TECHNOLOGIES, INC.,   )
                                     )

        Defendant and       )
        Counterclaim Plaintiff.    )
                                     )

## DECLARATION OF ROLAND GALLAY

I, Roland Gallay, hereby declare as follows:

1.     I am the Research and Development Manager for Maxwell Technologies SA, located in Rossens, Switzerland. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them.

2.     I live and work in Switzerland.

3.     I am the first named inventor on United States Patent 6,525,924 B2 entitled "Device for Accumulating Electrical Energy Composed of a Winding of Superimposed Strips and Method of Production" at issue in the litigation between Maxwell Technologies, Inc. ("Maxwell") and NessCap Co., Ltd. ("NessCap") in the United States District Court for the Southern District of California. I am aware that I may be called to give testimony and otherwise assist in that action in San Diego.

4.     I regularly travel to San Diego for technical meetings and collaborations at Maxwell's San Diego facility. I typically visit the San Diego facility four times per year.

5.     I do not regularly visit the United States for any other purpose.

1

6.     I have never visited Delaware and have no personal or business contacts there.

7.     I am aware that NessCap has filed an action against Maxwell in the United States District Court for the District of Delaware. I am also aware of a press release issued by NessCap in which it specifically alleged that products in Maxwell's D-cell line of Boostcap® ultracapacitors infringe the NessCap patent. I was involved in the development of products in the D-cell line, including the BCAP0310 and BCAP0340, and, therefore, I likely have discoverable information and knowledge about NessCap's claims and Maxwell's defenses in the District of Delaware action.

8.     Traveling to Delaware would be inconvenient for me. I would be required to take time away from my work in Switzerland to make the international trip to Delaware for the sole purpose of attending a trial.

9.     I understand that Maxwell is asking the Delaware Court to transfer the Delaware case to San Diego. Traveling to San Diego to provide testimony or otherwise participate in the trial would be substantially more convenient because I would be able to coordinate a trip to provide testimony with my work at Maxwell's San Diego facilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2007, Rossens, Switzerland.

ROLAND GALLAY

## <u>CERTIFICATE OF SERVICE</u>

I, Karen E. Keller, Esquire, hereby certify that on February 6, 2007, the foregoing document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification that

such filing is available for viewing and downloading to the following counsel of record:

> Denise Seastone Kraft, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP
> 919 North Market Street
> Suite 1500
> Wilmington, DE 19801
> *dkraft@eapdlaw.com*

I further certify that on February 6, 2007, the foregoing document was served by hand

delivery on the above-listed counsel of record and on the following non-registered participants in the

manner indicated below:

> **BY E-MAIL ON FEBRUARY 6, 2007AND**
> **FEDERAL EXPRESS ON FEBRUARY 7, 2007**
>
> George W. Neuner, Esquire
> Brian M. Gaff, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP
> 101 Federal Street
> Boston, MA 02110

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
*kkeller@ycst.com*