IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> MAXWELL TECHNOLOGIES, INC. <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> Civil Action No.: 1:06-cv-00764-GMS |

### DECLARATION OF SUNWOOK KIM, PH.D.

I, Sunwook Kim, Ph.D., hereby declare and state as follows:

1. I have personal knowledge of the facts stated herein, unless otherwise noted, and am competent to testify to the same.

2. I reside in Seoul, South Korea.

3. I received my Bachelor of Science in Chemical Engineering from Seoul National University and my Masters and Doctorate Degrees in Material Science & Engineering from the Massachusetts Institute of Technology.

4. I am the founder and Chairman of NessCap Co., Ltd., which is a company located only in South Korea and organized under Korean law. NessCap Co., Ltd. is engaged in the research, development, production, and sales of electrical energy storage products.

5. NessCap Co., Ltd. was formed on May 1, 2001 as a spin-off from Ness Corporation, which was formed in August 1999 to continue work started at the New Energy Storage System Center ("NESS") at the Institute of Advanced Engineering, a central R&D Center founded by Daewoo Group in August 1998. Initial research on

---

DECLARATION OF SUNWOOK KIM, PH.D.

ultracapacitors known as Electric Double Layer Capacitors ("EDLC") began at the Daewoo Group in March 1998 and the preliminary findings prompted the formation of NESS. I led the team that commenced development of ultracapacitors at NESS.

6. I am the President of NessCap, Inc., a Delaware company with its registered office at 1209 Orange Street, Wilmington, Delaware 19801. NessCap, Inc. maintains an office in New York City and its sole activity is related to raising investment capital.

7. NessCap Co., Ltd. is the wholly owned subsidiary of NessCap, Inc.

8. I am one of the named inventors on U.S. Patent No. 6,743,544, which is assigned to NessCap Co., Ltd. and that NessCap Co., Ltd. accuses Maxwell Technologies, Inc. of infringing in this action.

9. In my role as Chairman of NessCap Co., Ltd., I regularly travel to the east coast of the United States to help generate U.S. sales for the company.

10. In my role as President of NessCap, Inc., I regularly travel to New York City to help raise investment capital.

11. Given its proximity to New York and to my activities for NessCap Co., Ltd. and NessCap, Inc., it is substantially more convenient for me to travel to Wilmington, Delaware compared to San Diego, California for this litigation.

I declare under penalty of perjury under the laws of the United States of America and State of Delaware that the foregoing is true and correct and that this declaration was executed on this ___ day of February, 2007.

SUNWOOK KIM, PH.D.

BOS2_592828 1

DECLARATION OF SUNWOOK KIM, PH.D.