IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> MAXWELL TECHNOLOGIES, INC. <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> Civil Action No.: 1:06-cv-00764-GMS |

### DECLARATION OF HYUN JIN SONG, ENG.SC.D.

I, Hyun Jin Song, Eng.Sc.D., hereby declare and state as follows:

1. I have personal knowledge of the facts stated herein, unless otherwise noted, and am competent to testify to the same.

2. I reside in Bayside, New York.

3. I received my Bachelor of Science and Master of Engineering Degrees in Materials Science from Cornell University and my Doctorate Degree in Materials Science from Columbia University.

4. I joined NessCap Co., Ltd. in May 2005 and I currently serve as its U.S. Operations Project Manager.

5. In my role as U.S. Operations Project Manager, I regularly travel to New Jersey, Washington, D.C., and Michigan to participate in various meetings regarding ultracapacitor technology. I serve as the liaison between NessCap Co., Ltd. and current and prospective U.S.-based customers to communicate technical, sales, and marketing requirements.

6.  Given its proximity to New York and to my activities for NessCap Co., Ltd., it is substantially more convenient for me to travel to Wilmington, Delaware compared to San Diego, California for this litigation.

I declare under penalty of perjury under the laws of the United States of America and State of Delaware that the foregoing is true and correct and that this declaration was executed on this 23rd day of February, 2007.

HYUN JIN SONG, ENG.SC.D.

BOS2_592906.1

DECLARATION OF HYUN JIN SONG, ENG.SC.D.

Page 2