# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NESSCAP CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-764-GMS |
| | ) | |
| MAXWELL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DECLARATION OF BRIAN M. KRAMER IN SUPPORT OF MAXWELL
TECHNOLOGIES, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO
TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**

YOUNG CONAWAY STARGATT & TAYLOR
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6689
kkeller@ycst.com

MORRISON & FOERSTER LLP
David C. Doyle (CA Bar No. 70690)
Brian M. Kramer (CA Bar No. 201780)
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100
ddoyle@mofo.com

*Attorneys for Defendant Maxwell Technologies, Inc.*

sd-360505

I, Brian M. Kramer, hereby declare as follows:

1.    I am a member of the state bar of California and am associated with the law firm of Morrison & Foerster LLP, which represents Defendant Maxwell Technologies, Inc. ("Maxwell") in both this action and the first-filed lawsuit filed by Maxwell in the United States District Court for the Southern District of California entitled *Maxwell Techs., Inc. v. NessCap, Inc. et al.*, No. 06-cv-2311 (S.D. Cal. Filed Oct. 17, 2006) ("the San Diego action").  I am admitted *pro hac vice* to practice before this Court.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them.

2.    Attached hereto as Exhibit A is a true and correct copy of U.S. Patent Class Schedule 429.  This document was downloaded from the United States Patent and Trademark Office ("PTO") website on March 2, 2007.

3.    Attached hereto as Exhibit B is a true and correct copy of U.S. Patent Class Schedule 361.  This document was downloaded from the PTO website on March 2, 2007.

4.    Attached hereto as Exhibit C are excerpts of a true and correct copy of the Memorandum Of Points And Authorities In Support Of Plaintiff Maxwell Technologies, Inc.'s Motion For Preliminary Injunction dated November 2, 2006, D.I. 13 in United States District Court for the Southern District of California Civil Action No. 06-2311.

5.    Attached hereto as Exhibit D is a true and correct copy of the Memorandum Of Points And Authorities In Support Of Defendant NessCap Co., Ltd.'s Motion To Dismiss Plaintiff's First Amended Complaint For Insufficient Service Of Process dated November 9, 2006, D.I. 26 in the United States District Court for the Southern District of California Civil Action No. 06-2311.

6.    Attached hereto as Exhibit E is a true and correct copy of the current United States Patent and Trademark Office address information for Phillip G. Avruch.  I downloaded the information from the PTO website on March 1, 2007.

1

7.    Attached hereto as Exhibit F is a true and correct copy of Defendant NessCap Co., Ltd.'s Reply In Support Of Motion To Dismiss First Amended Complaint For Insufficient Service Of Process, dated December 21, 2006, D.I. 36 in the United States District Court for the Southern District of California Civil Action No. 06-2311.

8.    Attached hereto as Exhibit G are excerpts of a true and correct copy of Defendant NessCap, Inc.'s Reply In Support Of Motion To Dismiss First Amended Complaint For Lack Of Personal Jurisdiction And Insufficient Service Of Process, dated December 21, 2006, D.I. 37 in the United States District Court for the Southern District of California Civil Action No. 06-2311.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 2, 2007, in San Diego, California.

_____
Brian M. Kramer

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on March 2, 2007, the foregoing document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification that

such filing is available for viewing and downloading to the following counsel of record:

> Denise Seastone Kraft, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP
> 919 North Market Street
> Suite 1500
> Wilmington, DE 19801
> *dkraft@eapdlaw.com*

I further certify that on March 2, 2007, the foregoing document was served by hand delivery

on the above-listed counsel of record and on the following non-registered participants in the manner

indicated below:

> **BY E-MAIL ON MARCH 2, 2007 AND
> FEDERAL EXPRESS ON MARCH 5, 2007**
>
> George W. Neuner, Esquire
> Brian M. Gaff, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP
> 101 Federal Street
> Boston, MA 02110

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Karen E. Keller*
> Karen E. Keller (No. 4489)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801
> 302-571-6600
> *kkeller@ycst.com*

# EXHIBIT A

CLASS 429 CHEMISTRY: ELECTRICAL CURRENT PRODUCING APPARATUS, PRODUCT, AND PROCESS

429 - 1

1 **HAVING POLARITY SAFETY FEATURE**
2 **HAVING LIVING MATTER, E.G., MICROORGANISM, ETC.**
3 **HAVING PULSE FEATURE**
4 **WITH SONIC OR ULTRASONIC FEATURE**
5 **RADIO ACTIVE MATERIAL CONTAINING**
6 **WITH PRESSURE EQUALIZING MEANS FOR LIQUID IMMERSION OPERATION**
7 **WITH NONBATTERY ELECTRICAL COMPONENT ELECTRICALLY CONNECTED WITHIN CELL CASING OTHER THAN TESTING OR INDICATING COMPONENTS**
8 **HAVING DISPARATE NONELECTRICAL FUNCTION**
9 **HAVING DIVERSE CELLS OR DIVERSE REMOVABLE CELLS IN A SUPPORT MEANS**
10 **HAVING MAGNETIC FIELD FEATURE**
11 **CURRENT PRODUCTION DEPENDENT UPON TEMPERATURE DIFFERENTIAL BETWEEN A PAIR OF ELECTRODES**
12 **FUEL CELL, SUBCOMBINATION THEREOF OR METHODS OF OPERATING**
13 .Process of operating
14 ..Circulating or feeding electrolyte
15 ...Active material in electrolyte
16 ..Fused or molten electrolyte
17 ..Generating, regenerating or recycling reactant
18 .Plural cells having means to reduce ionic short circuit
19 .Having means for active material generation or regeneration
20 ..By heating or cooling
21 ..By electrical current
22 .Automatic control means
23 ..Electrical output dependent
24 ..Temperature dependent
25 ..Pressure dependent
26 .Having heat exchange means
27 .Active material electrode-type cell or subcombination thereof
28 ..Envelope cathode-type or subcombination thereof
29 ..And chemically specified electrolyte material
30 .Solid electrolyte
31 ..Tubular
32 .Plural disc or modules
33 ..Electrolyte composition chemically specified

34 .Housing member, seal, spacer or fluid distributing or directing means
35 ..Having sealing feature
36 ...Having bonded seal, e.g., welded, adhesive, molded in situ, etc.
37 ....Having clamping means
38 ...Having support or spacers with fluid distribution means
39 ....And fluid directing means
40 .Catalytic electrode structure or composition
41 ..Having electrolyte matrix or barrier layer
42 ..Having organic constituent as part of the electrode
43 ...Organic catalyst
44 ..Having an inorganic matrix, substrate or support
45 ...Of sintered particles
46 .Chemically specified electrolyte
47 **HAVING EARTH FEATURE**
48 **PRESERVING CELL IN STORAGE FEATURE**
49 **REGENERATING, SALVAGE OR REPAIR FEATURE OTHER THAN ONLY ADDITION OF ELECTROLYTE TO CELL OR ELECTRICALLY CHARGING PER SE**
50 **PROCESS OF CELL OPERATION**
51 .Electrolyte circulation
52 .Activation of inactive cell
53 **MEANS EXTERNALLY RELEASING INTERNAL GAS PRESSURE FROM CLOSED CELL, I.E., VALVE ETC.**
54 .Elastic, resilient or spring biasing valve means
55 ..Elastic band or O-ring valve member
56 .Blowout type
57 **SEALED CELL HAVING GAS PREVENTION OR ELIMATION MEANS**
58 .Prevention means controlling an auxiliary device
59 .Prevention or elimination means is one of the cell electrodes or is electrically connected to an electrode
60 ..Electrodes having different total capacity or one electrode with charge or discharge reserve

| | |
|---|---|
| 61 | **WITH CONTROL MEANS RESPONSIVE TO BATTERY CONDITION SENSING MEANS** |
| 62 | .Temperature control |
| 63 | .Electrolyte feeding control from reserve supply |
| 64 | ..Having valve in control |
| 65 | **TERMINAL PROTECTOR OTHER THAN SEAL THROUGH CASING** |
| 66 | **HAVING MEANS TO ACCOMMODATE ELECTRODE EXPANSION** |
| 67 | **HAVING MOVABLE MECHANICAL MEANS TO PROVIDE RELATIVE MOTION BETWEEN ELECTRODE AND ELECTROLYTE** |
| 68 | .Means moves electrode |
| 69 | ..Rotary motion |
| 70 | .Means moves electrolyte externally of electrode chamber |
| 71 | **WITH SYSTEM HAVING MEANS TO MOVE VENTILATING FLUID** |
| 72 | **HAVING SPECIFIED VENTING, FEEDING OR CIRCULATION STRUCTURE (OTHER THAN FEEDING OR FILLING FOR ACTIVATING DEFERRED ACTION-TYPE BATTERY)** |
| 73 | .Single filling opening and means to equalize fluid level in plural cells |
| 74 | .Having means to control electrolyte level when liquid is added, other than a visual reference point |
| 75 | ..For different levels |
| 76 | ..Float valve |
| 77 | ..By establishing an air lock |
| 78 | ...Liquid seal only |
| 79 | ...Movable valve structure supported within the filler opening |
| 80 | .Having (manual) electrolyte storage feeding a device |
| 81 | .Having nonmovable means providing motion between electrolyte and electrodes, i.e., circulation |
| 82 | .Venting structure |
| 83 | ..Separate ventilating inlet and exhaust openings |
| 84 | ..Nonspill fluent electrolyte type other than gas diffusive type |
| 85 | ...Weight actuated valve type |
| 86 | ..Reactive, absorbable or diffusive type |
| 87 | ..Gang type |
| 88 | ...Having manifold |
| 89 | ..Other stopper, cap or plug type |
| 90 | **WITH MEASURING, TESTING, OR INDICATING MEANS** |
| 91 | .For charge or liquid level |
| 92 | ..Having electrical circuitry |
| 93 | ...External type |
| 94 | **PLURAL CONCENTRIC OR SINGLE COILED ELECTRODE** |
| 95 | **HAVING MEANS FOR DRAINING OR REMOVING ELECTROLYTE FROM A CELL OTHER THAN FILLER OPENING** |
| 96 | **CELL SUPPORT FOR REMOVABLE CELL** |
| 97 | .Having switch or interlock means |
| 98 | .Having disparate support structure, e.g., eyeglass temple, etc. |
| 99 | .For plural cells |
| 100 | .Support or holder per se |
| 101 | **FLUID ACTIVE MATERIAL OR TWO-FLUID ELECTROLYTE COMBINATION HAVING AREAS OF NONMIXTURE** |
| 102 | .Active material in molten state |
| 103 | ..With fused electrolyte, i.e., molten |
| 104 | ..With solid-state electrolyte |
| 105 | .Active material in solution |
| 106 | ..Copper sulfate solution |
| 107 | ..Iron containing material |
| 108 | ..Nitrogen containing material |
| 109 | ..Chromium containing material |
| 110 | **DEFERRED ACTION TYPE** |
| 111 | .Responsive to light |
| 112 | .Responsive to heat |
| 113 | .Responsive to movement of electrode on contained electrolyte |
| 114 | ..Activated by spin or set back |
| 115 | ..Activated by explosive charge |
| 116 | ..Frangible separation means |
| 117 | ..By orientation of the cell |
| 118 | .Responsive to addition of liquid |
| 119 | ..Activated by immersion, e.g., sea water type |
| 120 | **WITH HEAT EXCHANGE FEATURE** |

121 **ADJUNCTS IN COMBINATION WITH OR FOR CONNECTION TO AN EXTERNAL ELECTRICAL ELECTRIC CURRENT CARRYING MEMBER OF A BATTERY OTHER THAN TERMINAL PROTECTORS, E.G., TERMINAL ADAPTER, CAPS, LIFTERS, ETC. AND CONNECTORS PER SE**

122 **CURRENT PRODUCING CELL, ELEMENTS, SUBCOMBINATIONS AND COMPOSITIONS FOR USE THEREWITH AND ADJUNCTS**

123 .Having means to interchangeably connect plural individual cells or means to conectively support cell to current seeking apparatus

124 .Printed cell type

125 .Standard cell or counter emf type

126 .Cell with protective layer on electrolyte

127 .Tape or flexible-type cell including tape fuel cells or subcombination thereof

128 .Electrode or plural tablets, pellets or discs

129 .Separator, retainer or spacer insulating structure (other than a single porous flat sheet, or either an impregnated or coated sheet not having distinct layers)

130 ..Insulator structure is only spacer of the rod, button, strip, or frame type

131 ..Having electrode enclosing feature

132 ...Separating material in bulk form about electrode

133 ...Cylindrical unit cell type, flat unit cell type or porous cup type

134 ....Paste or gel

135 .....With layer of material or spacing means

136 ...Envelope type

137 ....Coating on electrode

138 ....Having support frame or cover

139 ....Having edge bond or seal

140 ...Tubular type

141 ....Having plural layers of diverse material

142 ..Having plural distinct components

143 ...Ribs or projections attached to sheet material

144 ..Plural layers

145 ....Having defined porosity either functional or by size (i.e., semipermeable, permselective, ionpermeable, microporous, etc.)

146 ..Having electrode spacing projections

147 ...Projections are deformed portions, of a sheet material, i.e., corrugations, etc.

148 .Plural housing having spacing means or channels for air circulation and short prevention

149 .Plural cells

150 ..With integral switch means

151 ..Casing having interlocking structure

152 ..Individual cells connected in repeating contiguous layered units

153 ...Having unit enclosing housing

154 ....Having sectional component

155 .....Of tray, cup or dish shape in nested or telescopic relationship

156 ...Complete cells

157 ...In end-to-end contact, e.g., stacked button-type cell, etc.

158 ...Having intercell connector

159 ....And common external casing, tray or clamp means

160 ..Having intercell connector

161 .Intracell assembly having cell electrode connector

162 .Flat-type unit cell and specific unit cell components

163 .Cell enclosure structure, e.g., housing, casing, container, cover, etc.

164 ..Cylindrical unit cell type, e.g., cup container electrode, tubular electrode, casing, etc.

165 ...Having centrally located anode, i.e., "inside-out" type cell

166 ...Reactive metallic can, cup or tubular electrode

167 ....Having outer nonreactive housing, casing, or jacket

| | |
|---|---|
| 168 | .....Having metallic or conductive outer casing |
| 169 | ......Outer casing electrically connected to reactive electrode |
| 170 | .....Electrical contact terminal plate or cap clamped to or embedded in a portion of the housing |
| 171 | ....Having seal |
| 172 | .....Mechanical clamping pressure seal |
| 173 | ......And sealing mass or compound |
| 174 | ...Having seal material |
| 175 | ..Cover only |
| 176 | ..Container only |
| 177 | ..Housing or casing with plural covers |
| 178 | ..Having terminal |
| 179 | ...On or through a side of housing |
| 180 | ...Sealing sleeve embedded or molded in cover |
| 181 | ...And terminal seal |
| 182 | ....Means to stop rotational movement between cover and terminal |
| 183 | ....Having threaded compression means |
| 184 | ....Sealing mass or compound |
| 185 | ..Having seal feature |
| 186 | ..Having cell assembly support feature |
| 187 | ..Having handle or lifting device |
| 188 | .Include electrolyte chemically specified and method |
| 189 | ..Precursor composition |
| 300 | ..The electrolyte is gelled |
| 301 | ...Carbohydrate or derivative containing (e.g., starch, cellulose, etc.) |
| 302 | ...Silicon containing |
| 303 | ...Organic polymer containing |
| 304 | ..The electrolyte is solid |
| 305 | ...Temperature range of electrolyte operation or electrolyte processing is specified |
| 306 | ...Organic component containing |
| 307 | ....Chemically specified organic solute |
| 308 | ....Carbohydrate or derivative |
| 309 | ....Two or more polymers (i.e., polymer mixture) |
| 310 | ....Hetero ring containing polymer |
| 311 | .....Oxygen is a ring member of the hetero ring |
| 312 | ......The hetero ring is three membered |
| 313 | ....Silicon containing polymer |
| 314 | ....Sulfur, nitrogen, or phosphorus containing polymer |
| 315 | .....Nitrogen and phosphorus in the polymer |
| 316 | ....Halogen containing polymer |
| 317 | ....Oxygen containing polymer |
| 318 | ...Silver containing component |
| 319 | ...Aluminum containing component (e.g., LiAlCl4, etc.) |
| 320 | ....The component is alumina (i.e., aluminum oxide) |
| 321 | ...Alkali metal containing component |
| 322 | ....The alkali metal is lithium |
| 323 | .....Lithium and halogen containing compound |
| 324 | ..Chemically specified organic solvent containing |
| 325 | ...And chemically specified inorganic solvent |
| 326 | ...Plural organic solvents (i.e., solvent mixture) |
| 327 | ....One of the organic solvents contains a hetero ring |
| 328 | .....Nitrogen is ring member of the hetero ring |
| 329 | .....Oxygen is ring member of the hetero ring |
| 330 | ......The hetero ring is a cyclic carbonate |
| 331 | .......Plural cyclic carbonate solvents |
| 332 | .......And acyclic carbonate or acyclic carboxylic acid ester solvent |
| 333 | .......And acyclic ether solvent |
| 334 | ......And acyclic oxygen or nitrogen containing solvent compound |
| 335 | .......The acyclic oxygen containing solvent compound is an acyclic ether |
| 336 | ...Hetero ring in the organic solvent |
| 337 | ....Oxygen is the only ring hetero atom in the hetero ring (e.g., dioxolane, gamma butyrolactone, etc.) |

CLASS 429 CHEMISTRY: ELECTRICAL CURRENT PRODUCING APPARATUS, PRODUCT, AND PROCESS    429 - 5

338    .....The hetero ring is a cyclic carbonate (e.g., ethylene carbonate, propylene carbonate, etc.)
339    ...Nitrogen containing organic solvent compound (e.g., acetonitrile, etc.)
340    ...Sulfur containing organic solvent compound
341    ...Oxygen containing organic solvent compound
342    ....Acyclic carbonate solvent
343    ....Acyclic carboxylic acid ester solvent
344    ..Chemically specified inorganic solvent other than water
345    ...Sulfur or phosphorus in the inorganic solvent
346    ....Sulfur dioxide containing inorganic solvent
347    ..Organic solute component in aqueous electrolyte
199    ..Halogen containing
200    ...Hydrogen containing
201    ...Ammonium
202    ..Chromium containing
203    ..With acid containing N or P constituent
204    ..Sulphuric acid
205    ...Sulphate containing
206    ..Alkaline
207    ...With salt or acid component
208    .Electrode support for suspending or holding an electrode in a battery
209    .Electrode
210    ..Bipolar type
211    ..Having connector tab
212    ..Having active material with organic component
213    ...Organic component is active material
214    ...Organic component is an antioxidant
215    ...Organic component is an expander or addition agent for improving electrode capacity or plating characteristics
216    ....Dendrite or "tree" forming inhibitor
217    ...Organic component is a binder
218.1    ..Chemically specified inorganic electrochemically active material containing

218.2    ...Hydrogen storage material is active material
219    ...Silver component is active material
220    ...Copper component is active material
221    ...Iron component is active material
222    ...Cadmium component is active material
223    ...Nickel component is active material
224    ...Manganese component is active material
225    ...Lead component is active material
226    ....Alloy
227    ....Metal sulphate or carbonate
228    ....Lead oxide
229    ....Zinc component
230    ....With mercury
231    ....Zinc oxide
231.1    ...Alkalated transition metal chalcogenide component is active material
231.2    ....Alkalated vanadium (V) chalcogenide
231.3    ....Alkalated cobalt (Co) chalcogenide
231.4    ...Alkalated carbon, graphite, or carbonaceous component is active material
231.5    ...Vanadium (V), chromium (Cr), niobium (Nb), molybdenum (Mo), titanium (Ti), or tungsten (W) component is active material
231.6    ...Alkaline earth metal or magnesium (Mg) component is active material
231.7    ...Halogenated carbon, graphite, or carbonaceous component is active material
231.8    ...Carbon, graphite, or carbonaceous component is active material
231.9    ...Alkali metal component is active material
231.95    ....The alkali metal is lithium
232    ..Having inorganic binder or conductive filler
233    ..Grid or holder for active material
234    ...Grid or holder has nonconducting component portion thereof

| 235 | ...Having particulate or fibrous porous mass including a sintered mass |
| 236 | ....Having coating in the pores |
| 237 | ....Having support or reinforcing member |
| 238 | ...Having longitudinal electrically conducting tubes or cores |
| 239 | ...Having conductive receptacle or mechanical locking means for the active material |
| 240 | ....Locking means being bendable tabs |
| 241 | ...Open mesh or perforated plate |
| 242 | ....Expanded metal |
| 243 | ....Having members in a face plane of the grid being offset from members in the plane of the opposite face |
| 244 | .....Distinct elements or members intermediate the face members |
| 245 | ...Materials chemically specified |
| 246 | ..With insulating separator, spacer or retainer means |
| 247 | .Separator, retainer, spacer or materials for use therewith |
| 248 | ..Having additive for effecting the charge capacity, life, etc., of a cell |
| 249 | ..Organic material |
| 250 | ...And wetting agent or surface acting agent |
| 251 | ...And inorganic material |
| 252 | ....Silicon containing |
| 253 | ...Phenolic or thermosetting resin |
| 254 | ...Rubber or thermoplastic resin |
| 255 | ...Natural or treated plant materials |

Any foreign patents or non-patent litera-
ture from subclasses that have been
reclassified have been transferred
directly to FOR Collections listed below.
These Collections contain ONLY foreign
patents or non-patent literature. The par-
enthetical references in the Collection
titles refer to the abolished subclasses
from which these Collections were derived.

**CURRENT PRODUCING CELL, ELEMENTS,
 SUBCOMBINATIONS AND
 COMPOSITIONS FOR USE THEREWITH
 AND ADJUNCTS**
.Include electrolyte chemically
 specified and method

| FOR 100 | ..Gelled (429/190) |
| FOR 101 | ..Solid (429/191) |
| FOR 102 | ...Organic (429/192) |
| FOR 103 | ...Metal oxide component (429/193) |
| FOR 104 | ..Nonaqueous solvent (429/194) |
| FOR 105 | ...With water (429/195) |
| FOR 106 | ...Inorganic solvent (429/196) |
| FOR 107 | ...Plural nonaqueous system (429/197) |
| FOR 108 | ..Having organic solute component (429/198) |
| | .Electrode |
| FOR 109 | ..Having inorganic active material chemically specified (429/218) |

**FOREIGN ART COLLECTIONS**

FOR 000 **CLASS-RELATED FOREIGN DOCUMENTS**

EXHIBIT B

CLASS 361 ELECTRICITY: ELECTRICAL SYSTEMS AND DEVICES          361 - 1

| | |
|---|---|
| 1 | **SAFETY AND PROTECTION OF SYSTEMS AND DEVICES** |
| 2 | .Arc suppression at switching point (i.e., includes solid-state switch) |
| 3 | ..Synchronized or sequential opening or closing |
| 4 | ...Counter electromotive force |
| 5 | ...With current sensitive control circuit |
| 6 | ...With voltage sensitive control circuit |
| 7 | ...With combined voltage and current sensitive control circuit |
| 8 | ...Shunt bypass |
| 9 | ....With sequentially inserted impedance |
| 10 | ..By inserting series impedance |
| 11 | ..Nonlinear impedance |
| 12 | ...By arc stretching (e.g., horn gap) |
| 13 | .Shunt bypass of main switch |
| 14 | ..Arc blowout for main breaker contact (e.g., electromagnet, gas, fluid, etc.) |
| 15 | .Capacitor protection |
| 16 | ..Series connected capacitors |
| 17 | ..Shunt connected capacitors |
| 18 | .Voltage regulator protective circuits |
| 19 | .Superconductor protective circuits |
| 20 | .Generator protective circuits |
| 21 | ..Voltage responsive |
| 22 | .Compressor protective circuits |
| 23 | .Motor protective condition responsive circuits |
| 24 | ..Current and temperature |
| 25 | ..Motor temperature |
| 26 | ...With bimetallic sensor |
| 27 | ...With thermistor sensor |
| 28 | ..With time delay |
| 29 | ...During energization of motor |
| 30 | ..Current and voltage |
| 31 | ..Current |
| 32 | ...Bimetallic element |
| 33 | ..Voltage |
| 34 | ...Bimetallic element |
| 35 | .Transformer protection |
| 36 | ..With differential sensing means |
| 37 | ..With temperature or pressure sensing means |
| 38 | ..Transformer with structurally combined protective device |
| 39 | ...With lightning arrester and fuse |
| 40 | ...With lightning arrester (e.g., spark gap) |
| 41 | ...With fuse |
| 42 | .Ground fault protection |
| 43 | ..Fault suppression (e.g., Petersen coil) |
| 44 | ..With differential sensing in a polyphase system |
| 45 | ..With differential sensing in a single phase system |
| 46 | ...With more than two wires |
| 47 | ..In a polyphase system |
| 48 | ...With more than three wires |
| 49 | ..In a single phase system |
| 50 | ...With more than two wires |
| 51 | .Overspeed responsive |
| 52 | .By regulating source or load (e.g., generator field killed) |
| 53 | .Prime mover control |
| 54 | .Load shunting by fault responsive means (e.g., crowbar circuit) |
| 55 | ..Disconnect after shunting |
| 56 | ..Voltage responsive |
| 57 | ..Current responsive |
| 58 | .Impedance insertion |
| 59 | .Circuit automatically reconnected only after the fault is cleared |
| 60 | ..With differential voltage comparison across the circuit interrupting means |
| 61 | ..Reclosing of the nonfaulty phases of a polyphase system |
| 62 | .Feeder protection in distribution networks |
| 63 | ..With current responsive fault sensor |
| 64 | ...With communication between feeder disconnect points |
| 65 | ..With current and voltage responsive fault sensors |
| 66 | ...With communication between feeder disconnect points |
| 67 | .Series connected sections with faulty section disconnect |
| 68 | ..With communication between disconnect points |
| 69 | ...Pilot wire communication |

May 2006

| | | | |
|---|---|---|---|
| 70 | ..Constant current system | 93.6 | ..Transformer sensor (i.e., toroidal current sensor) |
| 71 | .Automatic reclosing | | |
| 72 | .With lockout means | 93.7 | ..Resistor sensor |
| 73 | ...Including timer reset before lockout | 93.8 | ..Thermal sensing |
| | | 93.9 | ..Current limiting |
| 74 | ..Continuous | 94 | ..With time delay protective means |
| 75 | ...With time delay before reclosing | | |
| | | 95 | ...With instantaneous override |
| 76 | .With phase sequence network analyzer | 96 | ....With multiple timing characteristics (e.g., short, long) |
| 77 | .Reverse phase responsive | | |
| 78 | .With specific quantity comparison means | 97 | ...With multiple timing characteristics |
| 79 | ..Voltage and current | 98 | ...Transistorized |
| 80 | ...Distance relaying | 99 | ...Combined thermal-electromagnetic relay |
| 81 | ....With communication means between disconnect points | 100 | ..With semiconductor circuit interrupter (e.g., SCR, Triac, Tunnel Diode, etc.) |
| 82 | ...Reverse energy responsive (e.g., directional) | | |
| 83 | ...With time delay protective means | 101 | ...With transistor circuit interrupter |
| | | 102 | ..With mechanical circuit breaker |
| 84 | ..Reverse energy responsive (e.g., directional) | 103 | .Circuit interruption by thermal sensing |
| 85 | ..Phase | 104 | ..With fuse |
| 86 | ..Voltage | 105 | ..With bimetallic element |
| 87 | ..Current | 106 | ..With thermistor |
| 88 | .With specific voltage responsive fault sensor | 107 | .With specific transmission line (e.g., guarded) |
| 89 | ..With time delay protective means | 108 | ..Plural conductors in single sheath (e.g., compound) |
| 90 | ..Overvoltage and undervoltage | 109 | .Too large fault makes breaker inoperative |
| 91.1 | ..Overvoltage | | |
| 91.2 | ...With resistor sensor | 110 | .Transient nonresponsive (e.g., ignores surge on transmission line) |
| 91.3 | ...Including time delay | | |
| 91.4 | ...Including photo-coupling (e.g., photo-receptors, photo-emitters, etc.) | | |
| | | 111 | .Transient responsive |
| | | 112 | .With space discharge means |
| 91.5 | ...Including P-N junction (e.g., a diode, a zener diode, or transistor) | 113 | .With tuned circuit |
| | | 114 | .With manual or automatic opening of breaker and manual reclose |
| 91.6 | ....With zener diode sensor | | |
| 91.7 | ...Protection by snubber circuitry | 115 | .With specific circuit breaker or control structure |
| 91.8 | ...Protection for thyristor | 116 | ..Pneumatically operated circuit breaker |
| 92 | ..Undervoltage | | |
| 93.1 | .With specific current responsive fault sensor | 117 | .High voltage dissipation (e.g., lightning arrester) |
| 93.2 | ..Digital control | 118 | .Surge prevention (e.g., choke coil) |
| 93.3 | ..Rating plug | | |
| 93.4 | ..Automatic reset after trip | 119 | ...In communication systems |
| 93.5 | ..Transformer and resistor sensors | 120 | ..Vacuum or gas filled space discharge |

| | | | |
|---|---|---|---|
| 121 | ..Fluid (e.g., mercury, quenching) | 156 | ...With capacitor charging or discharging through coil |
| 122 | ...Electrolytic | 157 | .Including instrument (e.g., meter-relay) |
| 123 | ...Gas blast | | |
| 124 | ..Thermal (e.g., fusible, bimetallic) | 158 | ..Temperature indicating instrument |
| 125 | ...With cutout (e.g., blowout type) | 159 | .Including means for using, or compensating for, the induced EMF of the electromagnetic device |
| 126 | ..Current limiting material in discharge path | | |
| 127 | ...Nonlinear material (e.g., valve type) | 160 | .For relays or solenoids |
| | | 161 | ..Including thermal device |
| 128 | ....With plural gaps in discharge path | 162 | ...Thermoelectric |
| | | 163 | ...Bimetallic element |
| 129 | ..Plural gaps with common electrode | 164 | ....Including heater |
| | | 165 | ...Thermistor |
| 130 | ..Plural gaps serially connected | 166 | ..Plural relays or solenoids sequentially operated |
| 131 | ..Combined (e.g., with disconnect switch) | 167 | ...Alternately operated |
| | | 168.1 | ...Pulse responsive |
| 132 | ...With line supporting insulator | 169.1 | ....Including electronic element |
| 133 | ..With magnetic means (e.g., electromagnet) | 170 | ..Condition responsive (e.g., external circuit condition) |
| 134 | ...Arc stretching (e.g., blowout) | 171 | ...Code responsive |
| 135 | ....By separating contacts | 172 | ....Including electronic element |
| 136 | ...For grounding line | 173 | ...Light |
| 137 | ..Horn gap | 174 | ....Light sensor controls its light path |
| 138 | ...With resistance insertion | | |
| 139 | **CONTROL CIRCUITS FOR ELECTROMAGNETIC DEVICES** | 175 | ....Including electronic element |
| | | 176 | .....Plural light sensors |
| 140 | .Including compensation for thermal change of electromagnetic device | 177 | ...Plural light sensors |
| | | 178 | ...Fluid (e.g., liquid level, humidity) |
| 141 | .Including superconductivity | 179 | ...Proximity or contact |
| 142 | .Including housing | 180 | ....Metal presence or absence responsive |
| 143 | .Systems for magnetizing, demagnetizing, or controlling the magnetic field | | |
| | | 181 | ....Capacitance change-type |
| 144 | ..For lifting or holding | 182 | ...Frequency (e.g., audio, radio) |
| 145 | ...Magnetic chuck-type | 183 | ....Plural relays or solenoids as loads |
| 146 | ..Systems for magnetic field stabilization or compensation | | |
| | | 184 | ....Specific frequency responsive relay |
| 147 | ..With permanent magnet | | |
| 148 | ...Calibration or permanent magnet | 185 | ...Phase |
| | | 186 | ...Pulse |
| 149 | ...Demagnetizing | 187 | ...Voltage or current level discriminators |
| 150 | ...Television degaussing | | |
| 151 | ...Magnetic tape | 188 | ...Variable impedance |
| 152 | ..Including particular drive circuit | 189 | ..Plural switches in control circuit |
| | | 190 | ...Including electronic switch |
| 153 | ...Pulse initiated | 191 | ..Plural relay or solenoid load selectively operated |
| 154 | ...Including means to establish plural distinct current levels (e.g., high, low) | | |
| | | 192 | ...Including interlock |
| 155 | ....With capacitor charging or discharging through coil | 193 | ....Electronic interlock |

| | |
|---|---|
| 194 | ..Holding means |
| 195 | ..Time delay |
| 196 | ...Including semiconductor device connected to timing element |
| 197 | ....Threshold device (e.g., zener, schockley diode) |
| 198 | .....Including three or more electrodes (e.g., unijunction) |
| 199 | ...Including electric discharge device |
| 200 | ....Threshold device (neon tube) |
| 201 | .....Including thyratron |
| 202 | ...Electromechanical delay means |
| 203 | ..With oscillator |
| 204 | ..With magnetic amplifier or saturable reactor |
| 205 | ..Threshold device (e.g., SCR, thyratron) |
| 206 | ..Particular relay or solenoid |
| 207 | ..Electrostatic |
| 208 | ...Polarized |
| 209 | ...Alternating current type |
| 210 | ..Plural coils |
| 211 | **CONTROL CIRCUITS FOR NONELECTROMAGNETIC TYPE RELAY (E.G., THERMAL RELAYS)** |
| 212 | **DISCHARGING OR PREVENTING ACCUMULATION OF ELECTRIC CHARGE (E.G., STATIC ELECTRICITY)** |
| 213 | .By charged gas irradiation |
| 214 | .Of paper or paper handling machine |
| 215 | .Of storage or hazardous area or fluid handling |
| 216 | .Structurally combined with building or vehicle |
| 217 | ..With external structure of vehicle |
| 218 | ...Aircraft |
| 219 | ...Chain-type grounding means |
| 220 | .Specific conduction means or dissipator |
| 221 | ..Brush- or roller-type structure |
| 222 | ..Rod-type structure |
| 223 | ..Shoe type |
| 224 | ...Integral with shoe |
| 225 | **ELECTRIC CHARGING OF OBJECTS OR MATERIALS** |
| 226 | .Particulate matter (e.g., liquids with suspended particles) |
| 227 | ..For spray production |
| 228 | ...Liquid type |
| 229 | .By charged gas irradiation |
| 230 | **ELECTRIC CHARGE GENERATING OR CONDUCTING MEANS (E.G., CHARGING OF GASES)** |
| 231 | .Modification of environmental electric charge |
| 232 | .For application to living beings |
| 233 | .Use of forces of electric charge or field |
| 234 | ..Pinning |
| 235 | .With specific power supply |
| 236 | **ELECTRICAL SPEED SIGNAL PROCESSING SYSTEMS** |
| 237 | .With centrifugal weight means |
| 238 | .Antislip detection and circuitry |
| 239 | .With speed analog electrical signal |
| 240 | .Including frequency generators |
| 241 | .Two position (e.g., on-off) |
| 242 | .With speed comparison |
| 243 | .Synchronization of shafts |
| 244 | ..Phase comparison |
| 245 | **POLARITY REVERSING** |
| 246 | .Automatic |
| 247 | **IGNITING SYSTEMS** |
| 248 | .For explosive devices |
| 249 | ..With sequential firing by electronic switching |
| 250 | ..With sequential firing by mechanical switching |
| 251 | ..With capacitor discharging into explosive device |
| 252 | ..With electromechanical power source |
| 253 | .For electric spark ignition |
| 254 | ..With electromagnet control means |
| 255 | ...Including spark electrode make-break |
| 256 | ..With capacitor discharging into sparking transformer |
| 257 | ..With capacitor discharge into spark gap |
| 258 | ..With electromechanical generator |
| 259 | ...With permanent magnet |
| 260 | ...With piezoelectric element |
| 261 | ..With mechanical arrangement for spark electrode make-break |
| 262 | ..With one spark electrode which is hand held |
| 263 | ..With spark coil or transformer |
| 264 | .For incandescent ignition |
| 265 | ..With electromagnet control means |

266    ..With helical heating element
267    **DEMAGNETIZING SYSTEMS AND PROCESSES**
268    **TRANSFORMERS AND INDUCTORS WITH INTEGRAL SWITCH, CAPACITOR, OR LOCK (E.G., IGNITION COIL)**
269    .With lock for preventing unauthorized use
270    .With capacitor element
271    **ELECTROSTATIC CAPACITORS**
272    .With protection or compensating means
273    ..Self-healing
274.1  ..Temperature
274.2  ...With fluid cooling means
274.3  ...With heat sink
275.1  ..For electrical irregularities
275.2  ...With over-pressure breakaway fuse
275.3  ...With resistance element
275.4  ...With thermal fuse
276    .Cryogenic
277    .Variable
278    ..With significant electrode or terminal feature
279    ..Gas or vacuum dielectric
280    ..Responsive to external condition
281    ...Electrical
282    ...Thermal
283.1  ...Pressure
283.2  ....By displacement of stylus or lever
283.3  ....By differential capacitor
283.4  ....By diaphragm
284    ...Liquid level
285    ...Fluid flow
286    ...Humidity
287    ..Mechanically variable
288    ..Push button
289    ...Motor driven
290    ...By varying distance between electrodes
291    ....Compression type
292    ...By varying effective area of electrode
293    ....Disk trimmer
294    ....Direct travel piston type
295    ....Piston trimmer
296    ....Sliding plates
297    ....Spiral or helical plates
298.1  ....Rotary plates
299.1  .....Plural capacitors
299.2  ......Details of electrical connecting means (e.g., terminal or lead)
299.3  ......Details of mounting means
299.4  ......With adjustment means
299.5  ......Details of insulator feature
298.2  .....Details of plate feature
298.3  .....Details of dielectric
298.4  .....Details of electrical connecting means (e.g., terminal or lead)
298.5  .....With adjustment means
300    ...With controlling or indicating means
301.1  .Fixed capacitor
301.2  .Special type (e.g., "bypass" type)
301.3  ..Encapsulated
301.4  ..Stack
301.5  ..Wound
302    ..Feed through
303    .Significant electrode feature
304    ...Non-self-supporting electrodes
305    ...Material
306.1  ..Details of electrical connection means (e.g., terminal or lead)
306.2  ...For decoupling type capacitor
306.3  ...For multilayer capacitor
307    ...Lead extends into body of capacitor
308.1  ...Lead attached to edge of capacitor
308.2  ....Cap
308.3  ....Wire
309    ...Metallized terminal
310    ...Lead extends around at least a portion of capacitor
311    ..Solid dielectric
312    ...Plural dielectrics
313    ....Layered
314    ....Impregnated
315    .....With specific impregnant
316    ......Including wax
317    ......Including halogen (e.g., chlorinated)
318    .......With stabilizer or modifying substance
319    .....With stabilizer or modifying substance
320    ....Ceramic and glass
321.1  ...Ceramic, glass, or oxide particles

| | | | |
|---|---|---|---|
| 321.2 | ....With multilayer ceramic capacitor | 630 | ...With fuses |
| 321.3 | .....Including metallization coating | 631 | ...With switches |
| | | 632 | ....With switch actuating arrangements |
| 321.4 | .....Composition | 633 | ...Plugboards |
| 321.5 | ....Composition | 634 | ...With circuit breaker arrangements |
| 321.6 | ....With tubular capacitor | | |
| 322 | ....Oxide film | 635 | ....With discriminating means |
| 323 | ....Plastic | 636 | ...Plug-in or removable |
| 324 | ...Fibrous or fabric (e.g., paper, etc.) | 637 | ...Busbar or conductor arrangements |
| 325 | ...Mica | 638 | ...U-shaped member |
| 326 | ..Vacuum or gas dielectric | 639 | ....With horizontal busbar |
| 327 | ..Liquid dielectric | 640 | ....With removable or plug-in connection |
| 328 | ..Multiple capacitors | | |
| 329 | ...Distinct physically | 641 | ..Electrical service distribution box |
| 330 | ...Shared electrode | | |
| 600 | **HOUSING OR MOUNTING ASSEMBLIES WITH DIVERSE ELECTRICAL COMPONENTS** | 642 | ...With fuse |
| | | 643 | ...With switch |
| | | 644 | ...Including panel board |
| 601 | .For electrical power distribution systems and devices | 645 | ....Adjustable panel |
| | | 646 | ....With fuse support means |
| | | 647 | ....With switch support means |
| 602 | ..Distribution station (i.e., substation) | 648 | ....Busbar arrangements |
| | | 649 | .....U-shaped member |
| 603 | ...Having transformer | 650 | .....Spaced parallel relationship |
| 604 | ...Gas insulated | 651 | ....Panel board corner mountings |
| 605 | ..Electrical switchgear | 652 | ....Circuit breaker supporting arrangements |
| 606 | ...Truck type | | |
| 607 | ....With interlock | 653 | .....With discriminating means |
| 608 | ...Drawer type | 654 | .....With tamper prevention means |
| 609 | ....With interlock | 655 | .....Having two row arrangement |
| 610 | ...Pivoted support means | 656 | .....With plug-in circuit breakers |
| 611 | ...Busbar arrangements | | |
| 612 | ....Gas insulated | 657 | ...With removable member |
| 613 | ....Liquid insulated | 658 | ...With plastic enclosure or support |
| 614 | ...With plural removable control units in housing | 659 | ..For electricity service meter |
| 615 | ...With interlock | 660 | ...Plural |
| 616 | ..Door or cover type | 661 | ...With meter circuit controller |
| 617 | ....Shutter type | 662 | ....Bypass arrangement |
| 618 | ...Gas insulated | 663 | ....With transformer or circuit breaker |
| 619 | ...Having gas circuit breaker | | |
| 620 | ...Having transformer | 664 | ...Meter mounting arrangements |
| 621 | ...Having isolating switch | 665 | ....Adaptable meter supports |
| 622 | ..Distribution or control unit | 666 | ....Retractable or detachable meter support |
| 623 | ...Having transformer | | |
| 624 | ...Having busbar arrangement | 667 | ...Removable cover |
| 625 | ...Portable | 668 | ...Meter terminal and connector arrangements |
| 626 | ...Having fuse or relay | | |
| 627 | ..Distribution or control panel board | 669 | ...Terminal block |
| | | 670 | ....Contact blade receiving structure |
| 628 | ...With switches and fuses | | |
| 629 | ....Unit block | | |

| | |
|---|---|
| 671 | ....Adjustable or adaptable contacts |
| 672 | ...Tamper resistant |
| 673 | ..Circuit breaker supporting means (i.e., attaching, mounting, etc.) |
| 674 | ..For ballast elements |
| 675 | ..Bus duct |
| 676 | ..With cooling means |
| 677 | ...Fluid |
| 678 | ....Air |
| 679 | .For electronic systems and devices |
| 680 | ..Including keyboard support |
| 681 | ..Including display support |
| 682 | ...CRT support |
| 683 | ..Computer related support |
| 684 | ...Memory unit support |
| 685 | ....Disk drive support |
| 686 | ...Input/output device support |
| 687 | ...With cooling means |
| 688 | ..With cooling means |
| 689 | ...Fluid |
| 690 | ....Air |
| 691 | .....Pressurized or conditioned |
| 692 | .....Plural Openings |
| 693 | ......Circular |
| 694 | .....With air circulating means |
| 695 | ......Fan or blower |
| 696 | .......With heat exchanger unit |
| 697 | .......With heat sink or cooling fins |
| 698 | .....And liquid |
| 699 | ....Liquid |
| 700 | .....Change of physical state |
| 701 | ....With heat exchanger unit |
| 702 | ....With cold plate or heat sink |
| 703 | ....With cooling fins |
| 704 | ...Thermal conduction |
| 705 | ....By specific coating |
| 706 | .....Containing silicon or aluminum |
| 707 | ....Through support means |
| 708 | .....Specific chemical compound or element |
| 709 | .....Heat sink |
| 710 | ......Details |
| 711 | ......Cooling plate or bar |
| 712 | .....Thermally and electrically conductive |
| 713 | .....Electrically insulating thermally conductive |
| 714 | ....Through component housing |
| 715 | ....For module |

| | |
|---|---|
| 716 | .....Plural |
| 717 | ....For active solid state devices |
| 718 | .....For integrated circuit |
| 719 | ......Circuit board mounted |
| 720 | ...For printed circuit board |
| 721 | .....Plural |
| 722 | ....For electronic circuit |
| 723 | ....For lead frame |
| 724 | ..Cabinet-type housing |
| 725 | ...With retractable or readily detachable chassis |
| 726 | ....With locking means or device |
| 727 | ....Sliding component or commpartment |
| 728 | ..Module |
| 729 | ...Plural |
| 730 | ....With housing |
| 731 | .....Interchangeable |
| 732 | .....Having lock or interlock |
| 733 | .....Selective connections |
| 734 | ....With coupling or decoupling capacitor |
| 735 | ....Stacked |
| 736 | ...With printed circuit boards |
| 737 | ....IC card or card member |
| 738 | ....With resistor and capacitor |
| 739 | ....With particular material |
| 740 | ....With locking means or device |
| 741 | ....Guiding means |
| 742 | ....With spacer |
| 743 | ....Solder connection |
| 744 | ....Cordwood type |
| 745 | .....Welded connection |
| 746 | ...With specific dielectric material or layer |
| 747 | ...With locking means or device |
| 748 | ..Printed circuit board |
| 749 | ...Flexible board |
| 750 | ....With specific dielectric material or layer |
| 751 | ....With particular conductive material or coating |
| 752 | ...With housing or chassis |
| 753 | ....Specific chassis or ground |
| 754 | ....With ejector means |
| 755 | ...Rotatable |
| 756 | ...Guiding means |
| 757 | ....With particular material |
| 758 | ....With spacer |
| 759 | ...With lock or interlock |
| 760 | ...Connection of components to board |

| | | | |
|---|---|---|---|
| 761 | ....Component within printed circuit board | 803 | ....Interconnection details |
| 762 | .....With specific dielectric material or layer | 804 | ....Spacer details |
| | | 805 | ...Matrix assembly |
| 763 | .....Capacitor and electrical component | 806 | ...Diode |
| | | 807 | ..Component mounting or support means |
| 764 | .....Integrated circuit | 808 | ...Mounting pad |
| 765 | ....By direct coating of components on board | 809 | ...With discrete structure or support |
| 766 | .....Capacitor and resistor | 810 | ...Plural mounting or support |
| 767 | ....With mounting pad | 811 | ...With passive components |
| 768 | .....Having leadless component | 812 | ...With particular insulation |
| 769 | ....Having spring member | 813 | ..Lead frame |
| 770 | ....Having spacer | 814 | ..Radio type |
| 771 | ....Having particular material | 815 | ...Tube mounting |
| 772 | ....With specific lead configuration | 816 | ..Shielding |
| | | 817 | ...For electronic tube |
| 773 | .....Shaped lead on components | 818 | ...EMI |
| 774 | .....Shaped lead on board | 819 | ..For relay |
| 775 | ....Busbar | 820 | ..For semiconductor device |
| 776 | .....Flexible connecting lead | 821 | ..For capacitor and inductor |
| 777 | ....By specific pattern on board | 822 | .Contact banks |
| 778 | ....Cross-connected | 823 | .Terminal block |
| 779 | .....With specific connection material | 824 | ..With protective device or unit |
| | | 825 | .Support brackets |
| 780 | ...Different voltage layers | 826 | .Wire distribution (e.g., harness, rack, etc.) |
| 781 | ....With switch | | |
| 782 | ....Having passive component | 827 | ..With interconnecting cable |
| 783 | ....Having semiconductive device | 828 | ..With switchboard or switch |
| 784 | ...Plural | 829 | .Frame |
| 785 | ....With separable connector or socket means | 830 | ..With plurality of capacitors |
| | | 831 | ..With cooling means |
| 786 | .....Having key connection | 832 | ..With switchboard or switch |
| 787 | .....Having spring member | 833 | .Fuse block |
| 788 | .....Having backplane connection | 834 | ..Plural |
| 789 | .....Having flexible connector | 835 | .Fuse pullout device |
| 790 | .....Stacked | 836 | .For transformer |
| 791 | .....Multiple contact pins | 837 | .For switch or fuse |
| 792 | ....Plural contiguous boards | **500** | **ELECTROLYTIC SYSTEMS OR DEVICES** |
| 793 | .....Thick film component or material | 501 | .Coulometer (i.e., electrochemical timer) |
| 794 | .....Power, voltage, or current layer | 502 | .Double layer electrolytic capacitor |
| 795 | .....Plural dielectric layers | 503 | .Liquid electrolytic capacitor |
| 796 | ....With housing or chassis | 504 | ..With significant electrolyte |
| 797 | .....Storage or file cabinet | 505 | ...Salt solute |
| 798 | .....With ejector or extractor | 506 | ...Ethylene glycol |
| 799 | .....Grounding Construction or Detail | 507 | ...With depolarizer |
| | | 508 | ..Anode type electrode |
| 800 | .....With Shielding Structure | 509 | ...Aluminum or tantalum |
| 801 | .....Specific latching or retaining device | 510 | ...Anode riser |
| | | 511 | ...Wound |
| 802 | .....Specific alignment or guide means | 512 | ....With separator |

| | |
|---|---|
| 513 | ....With mounting means (e.g., anchoring means or clamping) |
| 514 | ....With heat conductor (e.g., heat sink) |
| 515 | ....With common conductor (e.g., stripline) |
| 516 | ..Cathode type electrode (e.g., cathode casing) |
| 517 | ..Casing |
| 518 | ...With hermetic seal |
| 519 | ...With header, cover, or endseal |
| 520 | ....Significant electrical connection means (e.g., terminals or leads) |
| 521 | ...With vent means |
| 522 | ..Multiple capacitors |
| 523 | .Solid electrolytic capacitor (e.g., dry electrolytic capacitor) |
| 524 | ..Dielectric |
| 525 | ..With significant electrolyte or semiconductor |
| 526 | ...Paste or gel |
| 527 | ...Organic salt (e.g., TCNQ) |
| 528 | ..Anode type electrode |
| 529 | ...Aluminum or tantalum |
| 530 | ...Wound |
| 531 | ....With lead conductor |
| 532 | ..Cathode type electrode |
| 533 | ...With significant lead |
| 534 | ..With protection means |
| 535 | ..Casing |
| 536 | ...With hermetic seal |
| 537 | ...With header, cover, or endseal |
| 538 | ....Significant electrical connection means (e.g., terminals or leads) |
| 539 | ....With potting |
| 540 | ..With terminal |
| 541 | ..Multiple capacitors |
| 434 | .Systems (e.g., plural cells, standby exciting voltage) |
| 435 | .Current interruption type (e.g., circuit breaker, D.C.-to-pulse converters) |
| 436 | .Rectifiers |
| 437 | **MISCELLANEOUS** |

Any foreign patents or non-patent literature from subclasses that have been reclassified have been transferred directly to FOR Collections listed below. These Collections contain ONLY foreign patents or non-patent literature. The parenthetical references in the Collection titles refer to the abolished subclasses from which these Collections were derived.

**SAFETY AND PROTECTION OF SYSTEMS AND DEVICES (361/1)**
.With specific voltage responsive fault sensor (361/88)
FOR 100 ..Overvoltage (361/91)
**SAFETY AND PROTECTION OF SYSTEMS AND DEVICES (361/1)**
FOR 101 .With specific current responsive fault sensor (361/93)

**FOREIGN ART COLLECTIONS**

FOR 000 **CLASS-RELATED FOREIGN DOCUMENTS**

EXHIBIT C

1  DAVID C. DOYLE (CA SBN 70690)
   ERIC M. ACKER (CA SBN 135805)
2  E. DALE BUXTON II (CA SBN 222580)
   KATHERINE L. PARKER (CA SBN 222629)
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
4  Suite 100
   San Diego, California 92130-2040
5  Telephone: 858.720.5100

6  Attorneys for Plaintiff
   MAXWELL TECHNOLOGIES, INC.
7

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

11  MAXWELL TECHNOLOGIES, INC.,              Case No.   06cv2311-JAH-BLM

12                Plaintiff,                 **MEMORANDUM OF POINTS
                                             AND AUTHORITIES IN
13        v.                                 SUPPORT OF PLAINTIFF
                                             MAXWELL TECHNOLOGIES,
14  NESSCAP, INC. and NESSCAP CO., LTD.,     INC.'S MOTION FOR
                                             PRELIMINARY INJUNCTION**
15                Defendants.
                                             Date:      November 30, 2006
16                                           Time:      3:00 P.M.
                                             Courtroom: 11
17                                           Judge John A. Houston

18

19

20

21

22

23

24

25

26

27

28

sd-337986

# TABLE OF CONTENTS

Page

Table of Authorities ............................................................................................. iii

I.    INTRODUCTION ........................................................................................1

II.   FACTS ..........................................................................................................2

      A.   Ultracapacitors and Their Applications. ...........................................2

      B.   Maxwell and its Investment in the Ultracapacitor Market..............5

      C.   The '924 Patent. ................................................................................7

      D.   The '074 Patent. ...............................................................................8

      E.   Nesscap's Accused Products.............................................................9

      F.   Nesscap's Competitive Tactics Outside the United States. ...........10

      G.   Nesscap's Competitive Tactics in the United States. ....................12

III.  LEGAL STANDARD ................................................................................13

IV.   ARGUMENT ..............................................................................................13

      A.   Maxwell Has Demonstrated Likelihood of Success on the Merits of its
           Infringement Claims. ......................................................................13

           1.   Nesscap Is Infringing the '924 Patent. ..................................14

                a.   Claim 1....................................................................14

                b.   Claims 8 and 10.......................................................16

           2.   Nesscap Is Infringing the '074 Patent. ..................................17

      B.   Maxwell Will be Irreparably Harmed in the Absence of Injunctive
           Relief................................................................................................19

           1.   Profit Margins Will Be Irreparably Diminished or Eliminated.....20

           2.   Nesscap's Infringement Will Prevent Maxwell From Gaining
                Any Reasonable Return on its Substantial Investment in
                Ultracapacitors. .....................................................................21

           3.   The Harm to Maxwell's Position in the Automotive Market
                Will be Particularly Substantial. ............................................22

# TABLE OF CONTENTS

Page

C.   The Balance of Hardships Tips Decidedly in Maxwell's Favor. ...............24

D.   The Public Interest Favors the Grant of a Preliminary Injunction
     to Protect Maxwell's Patent Rights. ........................................................24

V.   CONCLUSION.................................................................................................25

1   conductive carbon coating and an activated carbon coating. These two aluminum collectors

2   coated with carbon are then separated by a porous separator. As Dr. Miller explains, all of

3   Nesscap's electric double layer capacitors include electrodes that meet the limitations of the '074

4   patent, and therefore infringe.

5        Nesscap's infringement of the '924 and '074 patents will have immediate, irreparable

6   impact on Maxwell if not enjoined now. Nesscap has exhibited a consistent strategy of

7   drastically undercutting Maxwell on price, and has expressly stated to a Maxwell customer that its

8   goal is to "*deliver at a lower price than Maxwell Technologies in all cases*." Nesscap's pricing

9   tactics have already eroded market prices, thereby reducing, and in some cases eliminating,

10  Maxwell's profit margins. If Nesscap is enjoined only at the conclusion of this litigation,

11  ultracapacitor prices will never return to current market levels, as customers will have built lower

12  prices into their business models. Thus, if not enjoined now, Nesscap's pricing tactics will

13  permanently depress or eliminate profit margins in the ultracapacitor industry, thereby preventing

14  Maxwell, and any other ultracapacitor manufacturer, from making a reasonable return on

15  investment. This infringing conduct, if not stopped, will stifle continued innovation of this

16  cutting-edge technology and potentially drive Maxwell from the market it has pioneered.

17       In light of the clear showing that Nesscap is infringing Maxwell's patents and that this

18  infringement will irreparably harm Maxwell if not enjoined now, Maxwell requests that this

19  Court enter a preliminary injunction to halt Nesscap's infringing U.S. activities.[2]

20  **II.   FACTS**

21       **A.   Ultracapacitors and Their Applications.**

22       Maxwell's '924 patent covers a novel ultracapacitor with decreased internal resistance and

23  methods for making that ultracapacitor. (A true and correct copy of the '924 Patent is attached as

24  Exhibit M to the Declaration of John R. Miller in Support of Maxwell Technologies' Motion for

25       [2] This motion and the accompanying declarations and exhibits supersede the preliminary
    injunction motion filed by Maxwell on October 18, 2006. That pending motion was rendered
26  moot by Maxwell's filing of the First Amended Complaint on November 2, 2006, which added
    Maxwell's claim for infringement of the '074 patent. This motion will be heard on the
27  previously-noticed hearing date, November 30, 2006.

28

sd-337986

1   Preliminary Injunction ["Miller Dec."].)  The '074 patent covers a novel ultracapacitor that

2   employs two distinct carbon coatings on each aluminum collecting surface, thereby increasing the

3   capacitor's ability to store charge, and decreasing its resistance.  (A true and correct copy of the

4   '074 Patent is attached as Exhibit N to the Miller Declaration.)

5       A capacitor is an energy storage device.  It contains two electrical conducting surfaces

6   separated by a dialectric, or separator.  An ultracapacitor, also known as a supercapacitor, is more

7   technically described as an electric double layer capacitor (EDLC).  (Miller Dec. ¶ 12.)  An

8   ultracapacitor is an electrochemical capacitor with the ability to store a large amount of energy for

9   a given mass compared to a normal capacitor, and the ability to deliver high levels of power for a

10  given mass compared to a battery.  (*Id*.)  Ultracapacitors are not as affected by temperature

11  variations as batteries, have a longer life, can be recharged almost instantaneously, and are not

12  degraded by frequent or intensive use.  (*Id.*)

13      An ultracapacitor is formed by using two aluminum conductors coated with carbon.  The

14  two carbon-coated conductors, called electrodes, are separated by a paper separator and soaked in

15  an electrolyte solution.  (*Id*. ¶ 13.)  The purpose of the electrolyte is to provide ions to create one

16  of the needed layers of charge.  (*Id.* ¶ 14.)  When a current is applied to the ultracapacitor, for

17  instance by connecting a battery, the molecules of the electrolyte solution between the conducting

18  surfaces begin to polarize, sending positive charges to the negatively charged conducting surface

19  and negative charges to the positively charged conducting surface, creating two layers of charge.

20  (*Id*. ¶ 13.)  One layer is formed in the electrode and one layer is formed in the electrolyte, hence

21  the name "electric double layer" capacitor.  (*Id*.)

22      The electrostatic process of separating these charges creates a buildup of energy that is

23  stored in the electric field, which is then released to power the electrical circuit in which the

24  ultracapacitor is contained.  (*Id*. ¶ 14.)  The amount of energy stored increases as the surface area

25  of the material on the conducting surface increases, and as the distance between the two

26  conducting surfaces decreases.  (*Id*. ¶ 35.)  Because the carbon on the conducting surface is a very

27  porous material with large surface areas, it increases the amount of energy that the ultracapacitor

28  can store.  (*Id*.)

The following diagram illustrates the makeup of an ultracapacitor:



In this diagram, the left and right blue edges are the aluminum conducting surfaces, the grey area against each electrode is the carbon, and the paper dialectric is labeled "separator."  The figure shows positive and negative ions in the electrolyte collecting against the conducting surfaces.

Ultracapacitors have been predicted to be the next generation of energy supply units for electronic devices, potentially even replacing batteries in products ranging from calculators to automobiles.  (Miller Dec. ¶ 12.)  Smaller ultracapacitors can be used in consumer electronics, medical devices and power tools to provide a short burst of power that cannot efficiently be provided by a conventional battery.  (Declaration of Richard D. Balanson in Support of Maxwell

1    Technologies' Motion for Preliminary Injunction ["Balanson Dec."] ¶ 5.)  Medium-sized and

2    larger ultracapacitors can be used in automotive subsystems, medical devices, wind turbines, and

3    as a source of backup power.  (*Id.*)

4          One of the largest potential markets for ultracapacitors is the automotive market, where

5    ultracapacitors are being incorporated into hybrid-electric vehicles.  The capabilities of

6    ultracapacitors for efficient electrical energy storage and rapid discharge/recharge are integral to

7    industry-leading development programs for low-emission, fuel-efficient, hybrid powertrains and

8    advanced electrical drive systems.  (Balanson Dec. ¶5.)  By supplementing the primary engine

9    with an electric motor that assists initial acceleration, and an energy storage system that

10   recaptures and reuses braking energy, fuel consumption and emissions can be reduced

11   dramatically.  (*Id.*)  According to Nesscap, "[t]he automotive market is potentially the largest and

12   most lucrative, and is the ultimate target of the major ultracapacitor companies."  (*Id.*, Ex. A at

13   12.)  Nesscap predicts that when "vehicles start to enter into mass production around 2008/9," this

14   market "is expected to grow beyond $1 billion."  (*Id.*, Ex. A at 10.)  One analyst predicts the

15   potential ultracapacitor market in this industry to be $11 billion.  (Declaration of Stephen Jones in

16   Support of Maxwell Technologies' Motion for Preliminary Injunction ["Jones Dec."], Ex. B at

17   24.)

18                    **B.    Maxwell and its Investment in the Ultracapacitor Market.**

19         Maxwell, founded in 1965, is a publicly-traded company headquartered in San Diego.

20   (Balanson Dec. ¶ 3.)  Maxwell entered the ultracapacitor business in the mid-1990s.  (*Id.* ¶ 6.)

21   Maxwell historically had been a government contractor providing research and development

22   services to the U.S. military and other government agencies.  (*Id.* ¶ 3.)  However, based on the

23   potentially large market for ultracapacitors, particularly in the automotive industry, Maxwell

24   divested its government contracting business to focus on ultracapacitors.  (*Id.* ¶ 3.)  Over the past

25   ten years, Maxwell has invested over $70 million in its ultracapacitor business.  (*Id.* ¶ 6.)

26   Maxwell has focused on obtaining intellectual property protection for its innovations in this area,

27   and currently is the assignee on over 30 ultracapacitor-related patents, with several dozen patents

28   pending.  (*Id.*)

1    **V.    CONCLUSION**

2        Given Maxwell's strong showing of likelihood of success and irreparable harm, the

3    balance of hardships strongly favors Maxwell.  A preliminary injunction preventing further

4    infringement of the '924 and '074 patents is therefore necessary.

5        Dated: November 2, 2006            MORRISON & FOERSTER LLP

6

7

8                                 By:____/s David C. Doyle_____
                                      Attorneys for Plaintiff
                                      MAXWELL TECHNOLOGIES, INC.

9                                     Email:  ddoyle@mofo.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

sd-337986

EXHIBIT D

1    Callie A. Bjurstrom, State Bar No. 137816
     Email: cbjurstrom@luce.com
2    Michelle A. Herrera, State Bar No. 209842
     Email: mherrera@luce.com
3    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
     600 West Broadway, Suite 2600
4    San Diego, California 92101-3372
     Telephone No.: 619.236.1414
5    Fax No.: 619.232.8311

6    Brian M. Gaff, State Bar No. 202896
     Email: bgajj@eapdlaw.com
7    EDWARDS ANGELL PALMER & DODGE LLP
     101 Federal Street
8    Boston, MA  02110-1810
     Telephone: 617-439-4444
9    Facsimile: 617-439-4170

10   Attorneys for NessCap, Co., Ltd.

11

12                  UNITED STATES DISTRICT COURT

13               SOUTHERN DISTRICT OF CALIFORNIA

14

15   MAXWELL TECHNOLOGIES, INC.,          Case No. 06CV2311-JAH(BLM)

16          Plaintiff,                    **MEMORANDUM OF POINTS AND
                                          AUTHORITIES IN SUPPORT OF
17   v.                                   DEFENDANT NESSCAP CO., LTD'S
                                          MOTION TO DISMISS PLAINTIFF'S
18   NESSCAP, INC. and NESSCAP CO., LTD., FIRST AMENDED COMPLAINT FOR
                                          INSUFFICIENT SERVICE OF PROCESS**
19          Defendants.
                                          **[F.R.C.P. 12(b)(5)]**
20
                                          Date:     January 18, 2007
21                                        Time:     3:00 p.m.
                                          Crtrm:    11
22                                        Judge:    The Hon. John A. Houston
                                          Complaint Filed:  October 17, 2006
23

24

25

26

27

28

## I.   **INTRODUCTION**

Defendant NessCap Co., Ltd. moves the Court to dismiss Maxwell Technologies, Inc.'s ("Maxwell") Complaint pursuant to Fed. R. Civ. P. 12(b)(5) because service of process on NessCap Co., Ltd. was insufficient.

## II.   **STATEMENT OF FACTS**

NessCap Co., Ltd. ("LIMITED") is a company located only in South Korea and organized under Korean law.  It is engaged in the research, development, production, and sales of electrical energy storage products known as "ultracapacitors."  LIMITED has no offices in the United States, is not registered to do business anywhere in the United States, and has no registered agents in the United States.  Its parent company is NessCap, Inc., which is a Delaware corporation that is registered to do business in New York State.  *See* Declaration of Myung Rae Cho ("Cho Declaration"), ¶¶ 2-4, filed concurrently herewith.

Maxwell is a company located in San Diego, California, and incorporated in Delaware. Maxwell filed its Complaint for patent infringement on October 17, 2006.  On October 18, 2006, Maxwell filed a Motion for a Preliminary Injunction (Dkt. No. 3).  The Summons and Complaint were hand delivered to the receptionist at the office of NessCap, Inc.'s attorney in New York City on October 18, 2006.  *See* Declaration of Huhnsik Chung ("Chung Declaration"), ¶ 3, filed in support of Nesscap, Inc.'s motion to dismiss.  *See also* Return of Service, Dkt. No. 9.  No request to waive service was provided.  Chung Declaration, ¶ 3.

On November 2, 2006, Maxwell filed a First Amended Complaint (Dkt. No.12) and a new Motion for a Preliminary Injunction (Dkt. No. 13), both of which again Maxwell hand delivered to the receptionist at the office of NessCap, Inc.'s attorney in New York City on the same day. Chung Declaration, ¶ 4.  Again, no request to waive service was made.  *Id.* at 4.

Maxwell contends that certain LIMITED products ("the Accused Products"), infringe U.S. Pat. Nos. 6,525,924 and 6,631,074 ("the patents-in-suit").  Maxwell alleges that LIMITED is infringing the patents-in-suit by making, using, and/or selling or offering for sale in the United States the Accused Products.  This allegation is unfounded.

/ / /

1    Further, Maxwell's service of process on LIMITED is wholly insufficient.  LIMITED is

2    not registered to do business in New York and has no registered agent there.  *See Cho Declaration,*

3    ¶ 2.  Service on the receptionist at the office of the attorney for the parent company NessCap, <u>Inc.</u>

4    is insufficient service on LIMITED; it does not satisfy Rule 4 of the Federal Rules of Civil

5    Procedure.  Indeed, such service is insufficient as to the parent company NessCap, <u>Inc.</u>, as well.[1]

6    **III.    <u>ARGUMENT</u>**

7        **A.    <u>Maxwell's Service of Process Was Insufficient.</u>**

8    Service of Maxwell's Summons, Complaint, Amended Complaint, and Motions for

9    Preliminary Injunction did not comply with the requirements of Rule 4 of the Federal Rules of

10   Civil Procedure.  Specifically, Maxwell's Summons and Complaint were hand delivered to the

11   receptionist at 750 Lexington Avenue in New York City, which is the New York office of the

12   attorney for NessCap, <u>Inc.</u>, which is LIMITED's parent company.  Maxwell did not provide a

13   request to waive service, nor did LIMITED agree to waive proper service.

14   LIMITED is a foreign corporation located in South Korea.  It has no presence in the United

15   States.  Consequently, Fed. R. Civ. P. 4(h)(2) prescribes the authorized methods of service of

16   process:

17       (h)    Service Upon Corporations and Associations.  Unless otherwise provided
         by federal law, service upon a domestic or foreign corporation or upon a
18       partnership or other unincorporated association that is subject to suit under a
         common name, and from which a waiver of service has not been obtained and filed,
19       shall be effected:

20           …

21           (2)    in a place not within any judicial district of the United States in any
         manner prescribed for individuals by subdivision (f) except personal delivery as
22       provided in paragraph (2)(C)(i) thereof.

23   Fed. R. Civ. P. 4.

24   / / /

25   / / /

26   / / /

27   _____

[1]    Co-defendant NessCap, <u>Inc.</u> sets forth its arguments on this issue in its separately filed
28   motion.

2                        Case No. 06CV2311-JAH(BLM)

1    Fed. R. Civ. P. 4(h)(2) addresses effecting service *outside* of a judicial district of the

2    United States.  It is undisputed that Maxwell did not serve anyone or any entity so situated;

3    Maxwell's only service of process was on the receptionist at the office of parent company

4    NessCap, Inc.'s attorney in New York City.  Maxwell did not avail itself of the methods for

5    service provided in Fed. R. Civ. P. 4(f), such as the procedures authorized by the Hague

6    Convention, to serve its pleadings on LIMITED in South Korea.  Indeed, Maxwell did not serve

7    its pleadings outside of the United States at all.  Nor did Maxwell request a waiver of process.

8    Accordingly, Maxwell has failed to abide by this section of Fed. R. Civ. P. 4, and

9    LIMITED respectfully urges this Court to dismiss this action as to defendant LIMITED pursuant

10   to Fed. R. Civ. P. 12(b)(5) for insufficient service of process.

11   **B.    Service On NessCap Co., Ltd.'s Parent Is Insufficient Service Of Process**

12   Maxwell's service of process on LIMITED's parent company, NessCap, Inc., was

13   insufficient as described in co-defendant NessCap, Inc.'s separately filed motion to dismiss.

14   Nevertheless, assuming, *arguendo*, that such service was sufficient as to the parent company,

15   NessCap, Inc., such service is insufficient as to the subsidiary LIMITED.

16   As a general rule, service on a parent does not constitute service on a subsidiary:

17   The federal courts generally have preserved the corporate fiction and … to sustain
     service on the parent through the subsidiary, or vice versa, a showing that the
18   subsidiary corporation is acting as an agent for the parent corporation's separate
     business within the state or that the two corporations are not really separate entities
19   has been required.

20   4A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure, Civil* § 1104.

21   NessCap, Inc. does not direct the activities of its subsidiary LIMITED.  NessCap, Inc. has

22   no employees in the United States and is engaged only in raising investment capital.  NessCap,

23   Inc. does not engage in any research, development, production, or sales activities relating to any

24   products produced by LIMITED.  NessCap, Inc. does not take orders for its subsidiary LIMITED.

25   *See* Declaration of Sun-wook Kim ("Kim Declaration"), ¶¶ 4-6, filed in support of Nesscap, Inc.'s

26   motion to dismiss.  LIMITED operates independently from its parent corporation, NessCap, Inc.

27   / / /

28   / / /

3                                           Case No. 06CV2311-JAH(BLM)

1  *See* Cho Declaration, ¶ 5. LIMITED is an entity that is separate and distinct from its parent

2  company NessCap, <u>Inc.</u> and, as a result, any service of process on NessCap, <u>Inc.</u> is insufficient

3  service of process on LIMITED.[2]

4  Under California law, service on a subsidiary does not constitute service on a parent

5  corporation, ***even if*** the subsidiary is considered to be an ***"alter-ego"*** of the parent corporation.

6  *Graval v. P.T. Bakrie & Bros.*, 986 F. Supp. 1326, 1330-31 (C.D. Cal. 1996) (citing *Gravely*

7  *Motor Plow & Cultivator Co. v. H.V. Carter Co., Inc.*, 193 F.2d 158, 161 (9th Cir. 1951)).

8  Although the issue in the instant action is whether service on the parent corporation constitutes

9  service on the subsidiary, the rationales of *Graval* and *Gravely* lead to the conclusion that ***proper***

10 service on NessCap, <u>Inc.</u> (the parent) does not constitute service on LIMITED (the subsidiary),

11 even if the subsidiary were the alter-ego of the parent, which it is not.

12 The prospect that LIMITED would receive notice of an action by virtue of proper service

13 on its parent company NessCap, <u>Inc.</u> is of no consequence. The Ninth Circuit has made it clear

14 that compliance with Rule 4 of the Federal Rules of Civil Procedure is mandatory regardless of

15 whether the defendants have actual notice of the complaint. *Graval*, 986 F. Supp. at 1330 (citing

16 *Jackson v. Hayakawa*, 682 F.2d 1344, 1347 (9th Cir.1982)).

17 In view of the above, even if Maxwell properly served LIMITED's parent company in

18 New York City, ***which it did not***, such service is insufficient as to LIMITED; it does not satisfy

19 Rule 4 of the Federal Rules of Civil Procedure. Accordingly, LIMITED respectfully urges this

20 Court to dismiss this action as to defendant LIMITED pursuant to Fed. R. Civ. P. 12(b)(5) for

21 insufficient service of process.

22 / / /

23 / / /

24 / / /

25 / / /

26

27 [2] LIMITED'S chairman, Sun-wook Kim, is also president of NessCap, <u>Inc.</u>, but this does not affect the independent operation of these two entities given that Myung Rae Cho is responsible for the day-to-day operation of LIMITED. *See* Cho Declaration, ¶ 5.

28

4

**IV.    CONCLUSION**

For the reasons set forth above, NessCap Co., <u>Ltd.</u> respectfully requests that this Court grant this Motion and dismiss the instant action.

DATED:  November 9, 2006          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                  By:  <u>s/Callie A. Bjurstrom</u>
                                       Callie A. Bjurstrom
                                       Michelle A. Herrera
                                       Attorneys for Nesscap, Inc. and Nesscap Co., Ltd.

DATED: November 9, 2006           EDWARDS ANGELL PALMER & DODGE LLP


                                  By:  <u>s/Brian M. Gaff</u>
                                       George W. Neuner
                                       Brian M. Gaff
                                       Attorneys for Nesscap, Inc. and Nesscap Co., Ltd.

3760956.1

5

EXHIBIT E



**United States Patent and Trademark Office**

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

Boards & Counsel > OED > Patent Attorney/Agent Search > Search Results > Detailed Information

| | |
|---|---|
| **Last Name** | Avruch |
| **First Name** | Phillip |
| **Middle Name** | G |
| **Suffix** | |
| **Firm Name** | Phillip G. Avruch |
| **Address** | 5136 Pelican Cove Drive |
| **City** | Boynton Beach |
| **State/Province** | FL |
| **Postal Code** | 33437 |
| **Country** | US |
| **Primary Telephone** | 561-739-9900 |
| **Registration Number** | 46076 |
| **Attorney/Agent** | ATTORNEY |
| **Date Registered as Attorney** | 03/24/2000 |

**Data extracted on Thu Mar 01 17:09:15 EST 2007**

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Last Modified: 03/01/2007 EST

EXHIBIT F

1   Callie A. Bjurstrom, State Bar No. 137816
    Email: cbjurstrom@luce.com
2   Michelle A. Herrera, State Bar No. 209842
    Email: mherrera@luce.com
3   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    600 West Broadway, Suite 2600
4   San Diego, California 92101-3372
    Telephone No.: 619.236.1414
5   Fax No.: 619.232.8311

6   Brian M. Gaff, State Bar No. 202896
    Email: bgaff@eapdlaw.com
7   EDWARDS ANGELL PALMER & DODGE LLP
    101 Federal Street
8   Boston, MA  02110-1810
    Telephone: 617-439-4444
9   Facsimile: 617-439-4170

10  Attorneys for NessCap Co., Ltd.

11                  UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

14
    MAXWELL TECHNOLOGIES, INC.,          Case No. 06CV2311-JAH(BLM)
15
         Plaintiff,                      **DEFENDANT NESSCAP CO., LTD.'S**
16                                       **REPLY IN SUPPORT OF MOTION TO**
    v.                                   **DISMISS FIRST AMENDED**
17                                       **COMPLAINT FOR INSUFFICIENT**
    NESSCAP, INC. and NESSCAP CO., LTD., **SERVICE OF PROCESS**
18
         Defendants.                     Date:   January 18, 2007
19                                       Time:   3:00 PM
                                         Crtrm:  11
20                                       Judge:  The Hon. John A. Houston

21

22

23

24

25

26

27

28

**I.**

**INTRODUCTION**

Defendant NessCap Co., Ltd. ("LIMITED") filed a Motion to Dismiss Plaintiff Maxwell Technologies, Inc.'s ("Maxwell") First Amended Complaint in view of Maxwell's failure to serve LIMITED in accordance with Federal Rules of Civil Procedure.  In opposition to LIMITED's motion, Maxwell attempts to maintain this action by alleging an alter ego and/or agency relationship between LIMITED and LIMITED's U.S. parent company NessCap, <u>Inc.</u> and then contends that its service on NessCap, <u>Inc.</u> is tantamount to proper service on LIMITED. Maxwell's arguments are baseless and LIMITED's motion should be granted and this action should be dismissed as to LIMITED.

**II.**

**REPLY ARGUMENT**

**A.     <u>LIMITED Has Not Been Served.</u>**

Maxwell's initial and insufficient attempt at service occurred when it hand delivered copies of its Summons and Complaint to the receptionist at the office of NessCap, <u>Inc.</u>'s attorney in New York City on October 18, 2006.  *See* Declaration of Huhnsik Chung ("Chung Declaration"), Dkt. No. 25, ¶3.  Maxwell did so under the mistaken belief that NessCap, <u>Inc.</u>'s attorney was the registered agent for both NessCap, <u>Inc.</u> and LIMITED.  Maxwell compounded its mistake on November 2, 2006, by delivering a copy of the First Amended Complaint to the same individual.  *See* Chung Declaration, Ex. B (Dkt. No. 25) ("we personally served you (as registered agent for service of process for Defendants Nesscap, Inc. and Nesscap Co., Ltd. … .)").

When LIMITED moved to dismiss this action, Maxwell realized the insufficiency of its service and, on November 10, 2006, Maxwell served NessCap, <u>Inc.</u>'s registered agent in Delaware.  Notwithstanding its ***three*** attempts at service, ***Maxwell has still failed to serve LIMITED*** – a South Korean company having no presence or registered agent in the United States – pursuant to the Federal Rules of Civil Procedure.  Further, Maxwell has not requested a waiver of service from LIMITED.

/ / /

**B.      NessCap, Inc. And LIMITED Do Not Share An Alter Ego Relationship.**

Faced with the prospect of dismissal for insufficient service, Maxwell attempts to show that LIMITED and NessCap, Inc. share an alter ego relationship and, in its Opposition (Dkt. No. 35), Maxwell repeats many of its earlier unsuccessful arguments in this regard.  *See* Opposition To NessCap, Inc.'s Ex Parte Application (Dkt. No. 32).  Maxwell fails to provide sufficient evidence to support its alter ego contention.  Indeed, the thrust of Maxwell's argument is that documents that collectively mention LIMITED and NessCap, Inc. – or that refer to the co-defendants using a common shorthand term – demonstrate an alter ego relationship between LIMITED and NessCap, Inc.

As set forth in co-defendant NessCap, Inc.'s separately filed reply, Maxwell clearly mischaracterizes its documentary evidence by selectively parsing the materials and ignoring other passages that distinguish LIMITED and NessCap, Inc.  Also, Maxwell contends that LIMITED and NessCap, Inc. have a single management team.  Opposition at 12.  As discussed in NessCap, Inc.'s separately filed reply, this is simply not true.

In the interest of brevity, LIMITED does not restate its arguments rebutting Maxwell's contention on the alter ego issue.  Instead, LIMITED incorporates herein by reference NessCap, Inc.'s arguments as set forth in its separately filed reply regarding the lack of personal jurisdiction over NessCap, Inc.  These arguments clearly show that Maxwell falls short of showing a basis to invoke the alter ego doctrine.

**C.      Service on NessCap, Inc. is Not Tantamount to Service on LIMITED.**

Maxwell's argument that service on NessCap, Inc. is effective as service on LIMITED is based on Maxwell's contentions that (i) NessCap, Inc. and LIMITED are the same entity, and/or (ii) that NessCap, Inc. is LIMITED's agent.  This argument is without merit.  NessCap, Inc. and LIMITED have a parent-subsidiary relationship but operate independently and distinctly.  As set forth in NessCap, Inc.'s separately filed reply, Maxwell fails to demonstrate that there is sufficient evidence to conclude that LIMITED is the alter ego of NessCap, Inc. for any purpose whatsoever.

/ / /

/ / /

1    Maxwell contends that it effected service pursuant to Fed. R. Civ. P. 4(h)(1) by delivery of

2    a copy of the summons and complaint to NessCap, Inc.'s registered agent in Delaware and then

3    relies on *Hickory*[1] to argue that its service is sufficient as to LIMITED. Opposition at 23.

4    Maxwell's reliance on *Hickory* is misplaced. As an initial matter, the *Hickory* court ruled that,

5    under the Federal Rules, service on subsidiaries was ***insufficient*** as to the parent holding

6    company. The *Hickory* court reached this conclusion because, as in the instant case, there was no

7    alter ego relationship between the parent and subsidiaries, so service on one entity was not

8    effective as to service on the other. *Hickory*, 213 F.R.D. at 554.

9    Maxwell also tries to justify its service by arguing that NessCap, Inc. is LIMITED's agent.

10    Opposition at 22 n.9, 24. This argument is baseless. The *Hickory* court analyzed the agency

11    argument and concluded that "for agency to exist, the subsidiary's activity must be integral to the

12    parent's business." *Id.* at 553. Indeed, the *Hickory* court notes that "a holding company's

13    investments weren't necessarily its agents, since the holding company could divest of those

14    investments and still be a holding company." *Id.* (citing *Gallagher v. Mazda Motor of America*,

15    781 F. Supp. 1079, 1085 (E.D. Pa.1992).) Similarly, the parent holding company is not an agent

16    for its investments. NessCap, Inc.'s activity is not an integral part of LIMITED's business.

17    The facts of the instant case show that there is no evidence of an agency relationship

18    between NessCap, Inc. and LIMITED. LIMITED operates independently from NessCap, Inc. and

19    NessCap, Inc.'s sole executive has no role in the day-to-day activities of LIMITED. *See*

20    Declaration of Myung Rae Cho ("Cho Declaration"), Dkt. No. 26, ¶5. Like in *Hickory*, Maxwell

21    has made no showing that NessCap, Inc. would be unable to function properly without LIMITED;

22    so, as in *Hickory*, an agency relationship does not exist for service of process. *Hickory*, 213

23    F.R.D. at 554. Accordingly, proper service of process on NessCap, Inc. has no bearing or effect

24    on LIMITED under the alter ego or agency theories on which Maxwell relies.

25    / / /

26    / / /

27

28

---

[1]   *Hickory Travel Systems, Inc. v. TUI AG et al.,* 213 F.R.D. 547 (N.D. Cal. 2003).

**III.**

**CONCLUSION**

For the reasons set forth above, LIMITED respectfully requests that this Court grant its Motion to Dismiss.

DATED: December 21, 2006        LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: s/Callie A. Bjurstrom
       Callie A. Bjurstrom
       Michelle A. Herrera
       Attorneys for NessCap Co., Ltd.

DATED: December 21, 2006        EDWARDS ANGELL PALMER & DODGE LLP


By: s/Brian M. Gaff
       George W. Neuner
       Brian M. Gaff
       Attorneys for NessCap Co., Ltd.

3775065.1

Case No. 06CV2311-JAH(BLM)

EXHIBIT G

1   Callie A. Bjurstrom, State Bar No. 137816
    Email: cbjurstrom@luce.com
2   Michelle A. Herrera, State Bar No. 209842
    Email: mherrera@luce.com
3   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    600 West Broadway, Suite 2600
4   San Diego, California 92101-3372
    Telephone No.: 619.236.1414
5   Fax No.: 619.232.8311

6   Brian M. Gaff, State Bar No. 202896
    Email: bgaff@eapdlaw.com
7   EDWARDS ANGELL PALMER & DODGE LLP
    101 Federal Street
8   Boston, MA  02110-1810
    Telephone: 617-439-4444
9   Facsimile: 617-439-4170

10  Attorneys for NessCap, Inc.

11                    UNITED STATES DISTRICT COURT

12                 SOUTHERN DISTRICT OF CALIFORNIA

13

14

15  MAXWELL TECHNOLOGIES, INC.,           Case No. 06CV2311-JAH(BLM)

        Plaintiff,                        **DEFENDANT NESSCAP, INC.'S REPLY
16                                        IN SUPPORT OF MOTION TO DISMISS
    v.                                    FIRST AMENDED COMPLAINT FOR
17                                        LACK OF PERSONAL JURISDICTION
    NESSCAP, INC. and NESSCAP CO., LTD.,  AND INSUFFICIENT SERVICE OF
18                                        PROCESS**
        Defendants.
19                                        Date:   January 18, 2007
                                          Time:   3:00 PM
20                                        Crtrm: 11
                                          Judge:  The Hon. John A. Houston
21

22

23

24

25

26

27

28

## 2. NessCap, Inc. And LIMITED Do Not Share Management Personnel.

An alleged commonality of officers or employees is one factor in an alter ego analysis. *See supra* pp. 2-3. In support of its arguments, Maxwell alleges that NessCap, Inc. and LIMITED have a single management team. Opposition at 12. This is simply not true. The prospectus on which Maxwell relies lists *only* Sunwook Kim, LIMITED's chairman, as part of the management of NessCap, Inc. and also having a role at LIMITED. Indeed, as LIMITED's President made clear, LIMITED's day-to-day operations are independent from NessCap, Inc. *See* Cho Declaration, Dkt. No. 26, ¶5. The only person common to both entities, Sunwook Kim, plays no role in the day-to-day operations of LIMITED.

Regardless, in an alter ego analysis, "no single factor is determinative, and instead a court must examine all the circumstances to determine whether to apply the doctrine." *Virtualmagic Asia, Inc. v. Fil-Cartoons, Inc.*, 99 Cal. App. 4th 228, 245 (2002). Maxwell does not and cannot cite to any other factor that supports a finding that LIMITED is the alter ego of NessCap, Inc. Even considering NessCap, Inc.'s 100% ownership of LIMITED, Maxwell falls short of showing a basis to invoke the alter ego doctrine here. *Tomaselli v. Transamerica Ins. Co.*, 25 Cal. App. 4th 1269, 1285 (1994).

Lastly, Maxwell cannot even demonstrate that a failure to disregard the corporate distinctiveness of the two entities would result in a fraud or injustice – a factor that must exist before the Court can make a finding of an alter ego relationship. *Minfie v. Rowley*, 187 Cal. 481, 487 (1921); *Robbins v. Blecher*, 52 Cal. App. 4th 886, 892 (1997). Maxwell's entire allegation as to fraud or injustice rests on the premise that NessCap, Inc. claims an ultracapacitor business "as its own." Opposition at 17. As described above, this premise is erroneous. Consequently, Maxwell cannot carry its burden with respect to this factor and there can be no finding of an alter ego relationship between NessCap, Inc. and LIMITED.

/ / /

/ / /

/ / /

/ / /

6

**B.** **NessCap, Inc. Has Not Engaged In Activities In California That Relate To Maxwell's Claim Of Patent Infringement And The Activities Of Others Cannot Be Attributed To NessCap, Inc. To Establish Personal Jurisdiction Over NessCap, Inc.**

    **1.** **The Activities Complained Of Are Not NessCap, Inc.'s.**

Maxwell contends that "NessCap" has sold and offered to sell ultracapacitors in California. Opposition at 8. In support of its position, Maxwell offers declarations stating that "NessCap" offered to sell ultracapacitors to ISE Corp. in Poway, California, and sold ultracapacitors to DIG Irrigation Products in Vista, California. *See* Balanson Declaration, Dkt. No. 35, ¶6; Thompson Declaration, Dkt. No. 35, ¶5. Maxwell repeatedly uses the term "NessCap" to blur the distinction between NessCap, Inc. and LIMITED. In fact, Maxwell fails to provide any evidence that NessCap, Inc. has engaged in any of these activities. Neither the Balanson Declaration nor the Thompson Declaration provide any evidence of a sale activity by NessCap, Inc. Indeed, the Thompson Declaration relies on the declarant's purported observation of "Nesscap ultracapacitors" on a prototype device. Thompson Declaration, Dkt. No. 35, ¶5. Such an observation is not evidence of activity by NessCap, Inc.

Maxwell further contends that Digi-Key, a nationwide U.S. electronics distributor based in Minnesota, offered to sell infringing ultracapacitors in California. Opposition at 9. Maxwell offers no evidence that Digi-Key is anything but an independent distributor having no affiliation with NessCap, Inc. In its argument, Maxwell neglects to mention that the ultracapacitor price quotation on which it relies – a price quotation that Digi-Key purportedly sent to Tecate Industries in San Diego – relates to LIMITED's ultracapacitors and does not in any way refer to NessCap, Inc. *See* Balanson Declaration, Ex. D at 41 (Dkt. No. 35) (describing the product as a NessCap Co., Ltd. ultracapacitor). Consequently, this price quotation provides no evidence of activity by NessCap, Inc. Likewise, Maxwell offers no evidence to support its conclusory statement that NessCap, Inc. acted with LIMITED to establish a relationship with Digi-Key.[9] Opposition at 9.

/ / /

/ / /

---

[9] Even if NessCap, Inc. helped LIMITED enter into an agreement with Digi-Key, that does not establish an alter ego. Parents often help subsidiaries make contacts.

    Case No. 06CV2311-JAH(BLM)

1          **2.**      <u>**LIMITED's And Digi-Key's Activities Cannot Be Attributed To NessCap, Inc.**</u>

2        As described above, NessCap, <u>Inc.</u> and LIMITED are distinct corporate entities, and

3 Maxwell has not demonstrated that these separate entities share an alter ego relationship.

4 Consequently, there is no basis for Maxwell to claim that any of LIMITED's activities can be

5 attributed to NessCap, <u>Inc.</u>  Maxwell's attempt to do so to establish personal jurisdiction by this

6 Court over NessCap, <u>Inc.</u>, therefore, must fail.  Indeed, with respect to this issue Maxwell again

7 ignores the case law on which it relies to support its Opposition.  The *Oakley* court held that the

8 parent holding company, as a separate legal entity from its subsidiaries, could ***not*** be held to have

9 contacts with California just because its subsidiaries maintain contact with California.  *Oakley,*

10 *Inc. v. Jofa AB et al.,* 287 F. Supp. 1111, 1116 (C.D. Cal. 2003).  Jurisdiction in *Oakley* was based

11 on a claim against the parent holding company for inducing infringement by its subsidiaries, facts

12 that are distinguishable from those of the instant action.

13        In addition, Maxwell's application of the stream of commerce theory to link Digi-Key's

14 actions to NessCap, <u>Inc.</u> is flawed.  The stream of commerce theory with respect to manufacturers

15 and distributors holds that jurisdiction over the manufacturer may result when the manufacturer

16 ships its goods through an established distribution channel that is located in the forum state.

17 *Beverly Hills Fan. Co. v. Royal Sovereign Corp.,* 21 F.3d 1558, 1565 (Fed. Cir. 1994).  First,

18 LIMITED is the manufacturer of the allegedly infringing goods.  Because Digi-Key is situated in

19 Minnesota, any distribution channel relating to Digi-Key is clearly located in Minnesota, not

20 California.  Under this set of facts, the proper analysis shows that, even if NessCap, <u>Inc.</u> were

21 doing business with Digi-Key – which it is not, Digi-Key's business contacts with California

22 would not be attributable to NessCap, <u>Inc.</u>  *Red Wing Shoe Co., Inc. v. Hockerson-Halberstadt,*

23 *Inc.,* 148 F.3d 1355, 1361 (Fed. Cir. 1998) ("[T]he Supreme Court has made clear that contacts

24 resulting from 'the unilateral activity of another party or third person' are not attributable to a

25 defendant." (citing *Burger King v. Rudzewicz,* 471 U.S. 462, 475 n.17 (1985)).

26        Maxwell cannot properly advance any legal theory or set of facts to justify this Court's

27 personal jurisdiction over NessCap, <u>Inc.</u>  Further, the Kim Declaration sets forth facts that clearly

28 demonstrate that the Court lacks personal jurisdiction over NessCap, <u>Inc.</u>

Maxwell now requests discovery on this issue. Although the Court has the discretion to allow discovery to help determine whether it has personal jurisdiction, a refusal to allow such discovery "is not an abuse of discretion when it is clear that further discovery would not demonstrate facts sufficient to constitute a basis for jurisdiction." *Wells Fargo & Co. v. Wells Fargo Express Co.,* 556 F.2d 406, 430 (9th Cir. 1977). Here, there is no additional information that discovery would reveal that would contradict the facts set forth in the Kim Declaration and the Cho Declaration, or reveal any additional information regarding this issue relevant to the state of affairs at the time Maxwell filed its Complaint or Amended Complaint. Accordingly, NessCap, Inc. respectfully requests that the Court deny Maxwell's request for jurisdictional discovery and grant NessCap, Inc.'s motion and dismiss this action as to NessCap, Inc. for lack of personal jurisdiction.

### III. CONCLUSION

For the reasons set forth above, NessCap, Inc. respectfully requests that this Court grant its Motion to Dismiss.

DATED: December 21, 2006          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: s/Callie A. Bjurstrom _____
   Callie A. Bjurstrom
   Michelle A. Herrera
   Attorneys for NessCap, Inc.

DATED: December 21, 2006          EDWARDS ANGELL PALMER & DODGE LLP


By: s/Brian M. Gaff _____
   George W. Neuner
   Brian M. Gaff
   Attorneys for NessCap, Inc.

3774941.2

9                    Case No. 06CV2311-JAH(BLM)