# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE   19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@EdwardsAngell.com

March 7, 2007

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Room 4209
Wilmington, DE   19081

      Re:    *NessCap Co., Ltd. V. Maxwell Technologies, Inc.*, Case No. 06-00764

Dear Judge Sleet:

This office represents Plaintiff NessCap Co., Ltd. ("NessCap") in the above-captioned matter. Defendant Maxwell Technologies, Inc.'s ("Maxwell") filed its Motion [D.I. 12] and Opening Brief in Support of its Motion to Transfer Venue to the United States District Court for the Southern District of California [D.I. 13] on February 6, 2007. Plaintiff NessCap filed its Answering Brief on February 23, 2007 [D.I. 23], and Defendant Maxwell's Reply Brief was filed on March 2, 2007 [D.I. 24].

Pursuant to Delaware Local Rule 7.1.4, we respectfully request oral argument at the Court's earliest convenience.

Respectfully,

*/s/ Denise S. Kraft*
Denise Seastone Kraft

DSK/rrj

cc:    Josy W. Ingersoll, Esq.
       Karen Elizabeth Keller, Esq.
       David C. Doyle, Esq.
       Brian M. Kramer, Esq.
       Brian M. Gaff, Esq.
       George W. Neuner, Esq.