IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>MAXWELL TECHNOLOGIES, INC.<br><br>        Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:06-cv-00764-GMS |

**NESSCAP CO., LTD.'S MOTION FOR LEAVE TO FILE SUR-REPLY OPPOSING DEFENDANT'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)</u>**

Plaintiff NessCap Co., Ltd. ("LIMITED") hereby respectfully moves this Court for leave to file its Sur-Reply Opposing Maxwell Technologies, Inc.'s Motion to Transfer Venue to the United States District Court for the Southern District of California Pursuant to 28 U.S.C. § 1404(a) ("Sur-Reply") for those reasons more fully set forth in its Opening Brief filed contemporaneously herewith and expressly incorporated by reference, to address Defendant Maxwell Technologies, Inc.'s ("Maxwell") previously withheld arguments and to thereby clarify and narrow the issues raised in Maxwell's motion.

Dated: March 9, 2007          EDWARDS ANGELL PALMER & DODGE LLP

                                                 <u>/s/ Denise Seastone Kraft</u>
                                                 Denise Seastone Kraft (DE No. 2778)
                                                 919 North Market Street
                                                 Wilmington, DE  19801
                                                 (302) 425-7106
                                                 (888) 325-9741 (fax)

                                                 *Attorneys for NessCap Co., Ltd.*

*Attorneys for NessCap Co., Ltd.*

**OF COUNSEL:**

George W. Neuner (*Of the Massachusetts Bar*)
Brian M. Gaff (*Of the Massachusetts Bar*)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444
(617) 439-4170 (fax)

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on 9th day of March, 2007, the attached **NessCap Co., Ltd.'s Motion For Leave To File Sur-Reply Opposing Defendant's Motion To Transfer Venue To The United States District Court For The Southern District Of California Pursuant To 28 U.S.C. § 1404(a)** was served on the following persons and was electronically filed with the Clerk of the Court using CM/ECF:

**VIA HAND DELIVERY**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801

**VIA U.S. FIRST CLASS MAIL**

David C. Doyle, Esq.
Brian M. Kramer, Esq.
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130


　　　　　　　　　/s/ Denise Seastone Kraft
　　　　　　　　　Denise Seastone Kraft (DE No. 2778)