IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-764 GMS |
| ) | |
| MAXWELL TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

At Wilmington this 29th day of March, 2007,

For the reasons announced in open court after hearing the parties' arguments on Maxwell Technologies, Inc.'s ("Maxwell") Motion to Transfer the Case to the United States District Court for the Southern District of California (D.I. 12), IT IS HEREBY ORDERED that Maxwell's Motion to Transfer (D.I. 12) is GRANTED, and the above-captioned case is hereby TRANSFERRED to the Southern District of California. It is further ORDERED that NessCap Co., Ltd.'s Motion for Leave to File a Sur-Reply Opposing Maxwell's Motion to Transfer Venue to the United States District Court for the Southern District of California (D.I. 28) is DENIED as moot. It is further ORDERED that Maxwell's Motion to Consolidate C.A. No. 06-764 GMS with C.A. No. 07-35 GMS (D.I. 30) is DENIED as moot.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE