OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 13, 2007

United States District Court for the
 Southern District of California
4290 Edward J. Schwartz United States Courthouse
940 Front Street
San Diego, CA 92101

    RE:    Nesscap Co., Ltd. v. Maxwell Technologies
            Delaware Civil Action No. 06-764 GMS

Dear Sir or Madam:

    Pursuant to an Order transferring the above captioned case to your Court, enclosed please find the following items:

    ( X )    Certified copy of the docket sheet;
    ( X )    Certified copy of the Order of Transfer

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

    Sincerely,

    Peter T. Dalleo, Clerk of Court

    By: /s/ Maria McDavid
         Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____ .

_____
**Signature**