OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



April 13, 2007

United States District Court for the
  Southern District of California
4290 Edward J. Schwartz United States Courthouse
940 Front Street
San Diego, CA 92101

    RE:  Nesscap Co., Ltd. v. Maxwell Technologies
          Delaware Civil Action No. 06-764 GMS

Dear Sir or Madam:

Pursuant to an Order transferring the above captioned case to your Court, enclosed please find the following items:

( X )  Certified copy of the docket sheet;
( X )  Certified copy of the Order of Transfer

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on ____4-16-07____

'07 CV 0704 JM    BLM

Signature _____

L ODIERNO

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 19, 2007

United States District Court
District of Delaware
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

RE: NessCap Co Ltd v. Maxwell Technologies Inc

You are hereby notified that the above entitled case was on 4/16/07 transferred from the District of Delaware to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Jeffrey T. Miller, and the Honorable Barbara Lynn Major, and on all future filings please show the case number as 07cv0704-JM-BLM.

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____/s/ L Odierno_____
L Odierno, Deputy Clerk